| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **NNN 400 Capitol Center 16, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **00-0000000** |
| **4.** | **Debtor's address** | **Principal place of business** **2711 Centerville Road** **Suite 400** **Wilmington, DE 19808** Number, Street, City, State & ZIP Code  **New Castle** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **400 W. Capitol Avenue Little Rock, AR 72201** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **NNN 400 Capitol Center 16, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [✓] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [✓] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [✓] Yes.

**SEE ATTACHMENT**

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **NNN 400 Capitol Center 16, LLC**  Case number (*if known*) _____
      Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49 <br> ☑ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☑ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☑ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

| Debtor | **NNN 400 Capitol Center 16, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/09/2016**
                    MM / DD / YYYY

**X /s/ Charles D. Laird & Peggy Laird**
Signature of authorized representative of debtor

**Charles D. Laird & Peggy Laird on behalf of Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999, Member**
Printed name

Title   **Charles D. Laird & Peggy Laird on behalf of Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999, Member**

**18. Signature of attorney**

**X /s/ Thomas J. Francella, Jr.**
Signature of attorney for debtor

Date   **12/09/2016**
              MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name

**Whiteford, Taylor & Preston, LLC**
Firm name

**The Renaissance Center, Suite 500**
**405 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-357-3252**     Email address   **tfrancella@wtplaw.com**

**3835**
Bar number and State

Debtor  **NNN 400 Capitol Center 16, LLC**                                    Case number (*if known*) _____
       Name

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor: **NNN 400 CAPITOL CENTER 2, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
|---|---|
| Debtor: **NNN 400 CAPITOL CENTER 3, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 4, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 5, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 6, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 9, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 10, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 11, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 12, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 13, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 14, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 15, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 16, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 17, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 18, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 19, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 20, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 21, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 22, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 24, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 26, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 27, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 28, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |
| Debtor: **NNN 400 CAPITOL CENTER 32, LLC** | Relationship: **BUSINESS PARTNER**<br>Case No.: **FILED CONCURRENTLY IN DELAWARE** |

## RESOLUTION OF ACTION OF MEMBERS OF
## NNN 400 CAPITOL CENTER 16, LLC

Pursuant to the Limited Liability Company Agreement of NNN 400 Capitol Center 16, LLC, a limited liability company formed under the laws of the State of Delaware (the "Company"), the undersigned Member is entitled to make all decisions and take all actions for the Company and has the authority to bind the Company. The undersigned Member, with the consent of the Independent Manager of the Company, hereby takes the following actions and adopts the following resolutions by signing the written consent hereto:

**WHEREAS**, the members of the Company (the "Members") have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and credit market conditions; and

**WHEREAS**, the Members have had the opportunity to consult with management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, interest holders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

**FURTHER RESOLVED**, that Charles D. Laird and Peggy Laird (the "Authorized Officer") be, and hereby is authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and file the Petition, as well as all other ancillary documents, in the United States Bankruptcy Court for the District of Delaware, and (ii) to execute and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of Whiteford, Taylor & Preston L.L.C. ("WTP") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of WTP; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of Rubin and Rubin, P.A. ("Rubin and Rubin") as special

corporate and litigation counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of Rubin and Rubin; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ any other professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the Bankruptcy Code (collectively with WTP, the "Professionals") and in this Chapter 11 bankruptcy case, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is

**FURTHER RESOLVED**, that the Authorized Officer shall be, and hereby is, authorized, empowered and directed to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, in all cases consistent with the purpose and intent of the foregoing resolutions, as in his judgment, after seeking advice of counsel, shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Authorized Officer of the Company or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**IN WITNESS WHEREOF**, these resolutions are adopted as of the latest date written below.

This consent may be executed and delivered in multiple counterparts, which, when taken together, will constitute one instrument.

[signatures on next page]

Dated: December 3, 2016

*(signature)*
Name: Charles D. Laird
On behalf of: Charles D. Laird and Peggy Laird
Revocable Trust dated 4/21/1999
Member, NNN 400 Capitol Center 16, LLC

Dated: December 3, 2016

*(signature)*
Name: Peggy Laird
On behalf of: Charles D. Laird and Peggy Laird
Revocable Trust dated 4/21/1999
Member, NNN 400 Capitol Center 16, LLC

Dated: December __, 2016

Name:
Independent Manager, NNN 400 Capitol Center 16, LLC

*2222226*

Dated: December __, 2016

_____
Name: Charles D. Laird
On behalf of: Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999
Member, NNN 400 Capitol Center 16, LLC

Dated: December __, 2016

_____
Name: Peggy Laird
On behalf of: Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999
Member, NNN 400 Capitol Center 16, LLC

Dated: December 8, 2016

_____
Name: Michael M'Gowan
Independent Manager, NNN 400 Capitol Center 16, LLC

*2222226*

1

Fill in this information to identify the case:

Debtor name: **NNN 400 Capitol Center 16, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Moses Tucker Real Estate, Inc. 200 River Market Avenue Suite 501 Little Rock, AR 77201 | | | | | | $145,000.00 |
| Colliers International Valuation & Advisory Services, LLC 1 Allied Dr., Suite 1500 Little Rock, AR 77202 | | | | | | $145,000.00 |
| Entergy P.O. Box 8101 Baton Rouge, LA 70891 | | | | | | $60,286.27 |
| JK Janitorial Services 1515 Southeast 4th Street Oklahoma City, OK 73129 | | | | | | $54,447.56 |
| First Guardian Group 777 North First St., Suite 720 San Jose, CA 95115 | | | **Disputed** | | | $24,524.20 |
| Whelan Security Co. Inc. PO Box 843886 Kansas City, MO 64184 | | | | | | $19,575.42 |

Debtor **NNN 400 Capitol Center 16, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **OTIS Elevator Company** P.O. BOX 730400 Dallas, TX 75373 | | | | | | $14,640.54 |
| **Dental & Medical Counsel** 111 Deerwood Rd., Suite 340 San Ramon, CA 94583 | | | | | | $7,500.00 |
| **Qauttlebaum Grooms Tull & Burrow** 111 Center Street Little Rock, AR 72201 | | | | | | $3,012.50 |
| **Arkansas Filter Inc.** 130 Brookswood Road Little Rock, AR 72120 | | | | | | $997.44 |
| **All Electric Supply Inc.** 1301 Westpark Drive Little Rock, AR 72204 | | | | | | $852.29 |
| **AT&T** P.O Box 105414 Atlanta, GA 30348 | | | | | | $771.16 |
| **Arkansas Pro Wash, Inc.** 11407 Baseline Road Little Rock, AR 72209 | | | | | | $659.45 |
| **R&S Landscaping** 2711 Crooked Stick Lane Benton, AR 72019 | | | | | | $565.00 |
| **Staples Advantage** PO Box 83689 Chicago, IL 60696 | | | | | | $508.55 |
| **Plantation Services Inc.** P.O. Box 241006 Little Rock, AR 72223 | | | | | | $493.50 |
| **Cintas Corp.** 102 Champs Boulevard Maumelle, AR 72113 | | | | | | $427.55 |

Debtor **NNN 400 Capitol Center 16, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Affordable Rooter Service, LLC**<br>**2803 Arbors Circle**<br>**Bryant, AR 72022** | | | | | | $350.00 |
| **Powers Mechanical Service Co.**<br>**P.O. Box 8106**<br>**Little Rock, AR 72203** | | | | | | $346.62 |
| **Terminix Processing Center**<br>**PO Box 74592**<br>**Cincinnati, OH 45274** | | | | | | $313.92 |

# United States Bankruptcy Court
### District of Delaware

In re **NNN 400 Capitol Center 16, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999**<br>**c/o Charles & Peggy Laird**<br>**15951 Calle Rosas Way**<br>**Redding, CA 96001** | **Member** |  | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999, Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **12/09/2016**

Signature **/s/ Charles D. Laird & Peggy Laird**

**Charles D. Laird & Peggy Laird on behalf of Charles D. Laird and Peggy Laird Revocable Trust dated 4/21/1999, Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Delaware**

In re    **NNN 400 Capitol Center 16, LLC**             Case No. 

Debtor(s)             Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the and Peggy Laird Revocable Trust dated 4/21/1999, Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **12/09/2016**

**/s/ Charles D. Laird & Peggy Laird**
**Charles D. Laird & Peggy Laird on behalf of Charles D. Laird/and Peggy Laird Revocable Trust dated 4/21/1999, Member**
Signer/Title

NNN 400 Capitol Center 16, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Barbara Hughes
1350 West Horizon Ridge Parkway
Henderson, NV 89012

David Taheri
14874 Kernite Court
Nevada City, CA 95959

Thomas J. Francella, Jr.
Whiteford, Taylor & Preston, LLC
The Renaissance Center, Suite 500
405 North King Street
Wilmington, DE 19801

Barbara Hughes - TIC Loan 1
1350 West Horizon Ridge Parkway
Henderson, NV 89012

Dental & Medical Counsel
111 Deerwood Rd., Suite 340
San Ramon, CA 94583

Affordable Rooter Service, LLC
2803 Arbors Circle
Bryant, AR 72022

Besser Hardware
1015 Main Street
Little Rock, AR 72202

Douglas and Katherine Bade
340 Fifth Avenue North
South St. Paul, MN 55075

All Electric Supply Inc.
1301 Westpark Drive
Little Rock, AR 72204

Bill's Lock and Safe
1001 Pike Avenue
North Little Rock, AR 72114

Douglas Meyer
5318 Lake Bosworth Lane
Snohomish, WA 98290

Angie Pope
45635 Big Canyon Street
Indio, CA 92201

Bradford Bodley
2025 Fairview Ave., Unit C
Seattle, WA 98101

Edward and Rose Van Keulen
13750 Highway 5
Young America, MN 55397

Arkansas Filter Inc.
130 Brookswood Road
Little Rock, AR 72120

Carl Kisner
72300 Rancho Road
Rancho Mirage, CA 92270

Entergy
P.O. Box 8101
Baton Rouge, LA 70891

Arkansas Pro Wash, Inc.
11407 Baseline Road
Little Rock, AR 72209

Carol Gedeon
1877 Derby Way
Upland, CA 91784

First Guardian Group
777 North First St., Suite 720
San Jose, CA 95115

Arkansas Softwater
PO Box 131
North Little Rock, AR 72115

Cintas Corp.
102 Champs Boulevard
Maumelle, AR 72113

Grace Vincenti
119 Via Lido Soud
Newport Beach, CA 92663

Arthur Cooley
3843 Devonshire Drive
Salisbury, MD 21804

Colliers International Valuation
& Advisory Services, LLC
1 Allied Dr., Suite 1500
Little Rock, AR 77202

Harrison Energy Partners
1501 West Park Dr., Suite 9
Little Rock, AR 72204

AT&T
P.O Box 105414
Atlanta, GA 30348

Comcast
P.O Box 530098
Atlanta, GA 30353

Hendrick Associates Inc
1201 Peachtree Street NE
400 Colony Square, #1900
Atlanta, GA 30361

Jack Brown
5811 NW 81
Wellsburg, NY 14894

JK Janitorial Services
1515 Southeast 4th Street
Oklahoma City, OK 73129

John and Gloria Cummings
3111 NE 22nd Street
Ft. Lauderdale, FL 33305

Lorraine Bier
8101 Asmara Drive
Austin, TX 78750

Michael Eidel
4724 Essex Drive
Doylestown, PA 18902

Midtown Mechanical Services, LLC
3019 River Ridge Road
Benton, AR 72019

Moses Tucker Real Estate, Inc.
200 River Market Avenue
Suite 501
Little Rock, AR 77201

NNN 400 Capitol Center 1, LLC
(Linda Markley)
5150 Shoshone Avenue
Encino, CA 91316

NNN 400 Capitol Center 10, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 11, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 12, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 13, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 14, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 15, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 17, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 18, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 19, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 2, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 20, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 21, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 22, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 24, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 25, LLC
(Richard and Marilyn Snapp)
10100 Neahkahnie Creek Rd.
Manzanita, OR 97130

NNN 400 Capitol Center 26, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 27, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 28, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 3, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 30, LLC
(First Guardian Group)
777 North First St., Suite 720
San Jose, CA 95115

NNN 400 Capitol Center 32, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 35, LLC
(Est. of Charles Hawk) c/o A Ahern
Washington Trust Bank
601 Union Street
Seattle, WA 98101

| | | |
|---|---|---|
| NNN 400 Capitol Center 3, LLC (Ruth Copit) 30 Rushingwind Drive Irvine, CA 95401 | Pitney Bowes Purchase Power P.O. Box 371874+B34 Pittsburgh, PA 15250 | Staples Advantage PO Box 83689 Chicago, IL 60696 |
| NNN 400 Capitol Center 4, LLC 2711 Centerville Road Suite 400 Wilmington, DE 19808 | Plantation Services Inc. P.O. Box 241006 Little Rock, AR 72223 | Suzanne Hill 150 S. Bowie Street Jasper, TX 75951 |
| NNN 400 Capitol Center 5, LLC 2711 Centerville Road Suite 400 Wilmington, DE 19808 | Powers Mechanical Service Co. P.O. Box 8106 Little Rock, AR 72203 | Terminix Processing Center PO Box 74592 Cincinnati, OH 45274 |
| NNN 400 Capitol Center 6, LLC 2711 Centerville Road Suite 400 Wilmington, DE 19808 | Qauttlebaum Grooms Tull & Burrow 111 Center Street Little Rock, AR 72201 | Triple-S Alarm Company Inc. 2820 Cantrell Road Little Rock, AR 72202 |
| NNN 400 Capitol Center 7, LLC (Ruth Copit) 37 Ponderosa Circle Palm Desert, CA 00092-2111 | R&S Landscaping 2711 Crooked Stick Lane Benton, AR 72019 | Vazgen K. Babaian 1313 Valley View Road, Apt. 14 Glendale, CA 91202 |
| NNN 400 Capitol Center 8, LLC (Joan M. Groff) 2820 Stromboli Road Costa Mesa, CA 92626 | Randall Lynch 1 Cavaillon Newport Beach, CA 92657 | Vito and Josephine Coraci 6104 Copper Rose Street NE Albuquerque, MN 87111 |
| NNN 400 Capitol Center 9, LLC 2711 Centerville Road Suite 400 Wilmington, DE 19808 | Rod Fagundes 2130 Laguna Road Santa Rosa, CA 95401 | Waste Management PO Box 43410 Phoenix, AZ 85080 |
| NNN 400 Capitol Center, LLC (First Guardian Group) 777 North First St., Suite 720 San Jose, CA 95115 | Shred It US JV LLC 7705 Northshore Place North Little Rock, AR 72118 | Water Treatment Servies PO Box 910 Alexander, AR 72002 |
| OTIS Elevator Company P.O. BOX 730400 Dallas, TX 75373 | Snyder Environmental 7031 Dewafflebakers Lane North Little Rock, AR 72113 | Wells Fargo Bank N.A. as Trustee c/o Wright, Lindsey & Jennings LLP Attn: Judy Simmons Henry, Esq. 200 West Capitol Ave., Suite 2300 Little Rock, AR 72201 |
| Pitney Bowes Global Financial Svcs. 2222 Cottondale Lane, #110 Little Rock, AR 72202 | Stanley Abrhamson 9041 NW 10th Plantation, FL 33322 | Wes Litzinger 495 Locust Street Laguna Beach, CA 92651 |

Wes Litzinger - TIC Loan
495 Locust Street
Laguna Beach, CA 92651

Whelan Security Co. Inc.
PO Box 843886
Kansas City, MO 64184

# United States Bankruptcy Court
## District of Delaware

In re  **NNN 400 Capitol Center 16, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **NNN 400 Capitol Center 16, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 9, 2016**  
Date

**/s/ Thomas J. Francella, Jr.**  
**Thomas J. Francella, Jr. 3835**  
Signature of Attorney or Litigant  
Counsel for  **NNN 400 Capitol Center 16, LLC**  
**Whiteford, Taylor & Preston, LLC**  
**The Renaissance Center, Suite 500**  
**405 North King Street**  
**Wilmington, DE 19801**  
**302-357-3252 Fax:302-357-3272**  
**tfrancella@wtplaw.com**