# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NNN 400 CAPITOL CENTER 16, LLC, *et al.*,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12728 (KG)<br>(Joint Administration Pending)<br><br>**Related D.I. No. 19** |

## ORDER DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 AUTHORIZING THE DEBTORS TO ASSUME UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WITH WILSON & ASSOCIATES, P.L.L.C.

Upon consideration of the *Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Unexpired Lease of Non-Residential Real Property with Wilson & Associates, P.L.L.C.* (the "Motion"), filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and it appearing that under the circumstances, due and sufficient notice of the Motion was provided by the Debtors; and it appearing that the relief requested in the Motion is in the best interests of the respective estates and creditors of the Debtors; and after any hearing held with respect to the Motion, and

---

[1]     The debtors in these cases are: NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (KG); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (KG); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (KG); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (KG); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (KG); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (KG); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (KG); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (KG); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (KG); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (KG); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (KG); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (KG); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (KG); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (KG); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (KG); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (KG); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (KG); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (KG); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (KG); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (KG); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (KG); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (KG); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (KG); and NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (KG).

after due deliberation and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Delaware, hereby **ORDERED THAT**:

1.     The Motion is **GRANTED**, as set forth herein.

2.     The Debtors are authorized to assume the Lease[2] in its entirety (including any amendments, assignments and extensions thereto) and the Lease is hereby deemed assumed.

3.     Pursuant to section 365(f)(2) of the Bankruptcy Code, the Debtors have provided adequate assurance to the counterparty to the Lease of the Debtors' future performance under the Lease.

4.     Nothing in the Motion or this Order shall be deemed or construed as a waiver of any claims that the Debtors have or may have against the counterparty to the Lease, whether or not such claims arise under, are related to the assumption of, or are independent of the Lease.

5.     Nothing in the Motion or this Order shall (i) alter, amend or otherwise modify the terms and conditions of the Loan Documents and any other related agreements between Debtors and Lender and/or Debtors' obligations under the Loan Documents and/or the Lender's obligations under the Loan Documents and any other related agreements between Debtors and Lender or (ii) be deemed or construed as a waiver or release of any claims or rights that Lender may have against the Debtors, jointly or severally, or any other person, including, without limitation, any claims for Debtors' obligation to reimburse Lender's claim of legal fees and expenses incurred by the Lender in connection with its review and processing of the Wilson Lease or (iii) be deemed or construed as a waiver or release of any claims or rights whatsoever that Debtors may have against the Lenders or any other person, including, without limitation, the

---

[2]    Capitalized terms not defined herein shall have those meanings ascribed in the Motion.

right to challenge any claim of the Lender for legal fees and expenses in connection with the Lender's review and processing of the Wilson Lease.

6.      The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 13, 2017
       Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE