## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NNN 400 CAPITOL CENTER 26, LLC,** | Case No. 16-12747 (KG) |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES AND
## STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

## DISCLAIMER AS TO DEBTOR'S SCHEDULES
## AND STATEMENT

THE ATTACHED SCHEDULES AND STATEMENT AND ALL OTHER INFORMATION CONTAINED THEREIN HAVE BEEN PREPARED BY THE DEBTOR AND THE DEBTOR IN POSSESSION HEREIN. THE DEBTOR HAS ATTEMPTED TO PROVIDE COMPLETE AND ACCURATE INFORMATION, BUT RESERVES ITS RIGHTS TO AMEND AND/OR SUPPLEMENT THESE SCHEDULES AND STATEMENT IN WHOLE OR IN PART.

The Schedules and Statement are submitted subject to, *inter alia*, the following qualifications:

Nothing contained herein constitutes a waiver of any of the Debtor's claims or rights, including, but not limited, any right of setoff, counter-claims, defenses or affirmative defenses.

The omission of any claim or cause of action assertable by the Debtor does not constitute a waiver of such claim or cause of action.

Where values are shown for the Debtor's assets, the values reflect the carrying values of those assets as presented in the Debtor's books and records as of the date indicated. The values are not and should not be deemed as admissions, representations or waivers with respect to actual value of assets.

The actual realizable values and/or fair market values for assets may differ significantly from their respective carrying values.

## GENERAL NOTES REGARDING THE DEBTOR'S
## SCHEDULES AND STATEMENTS

Please note that items contained in the Debtor's Schedules and Statement that are global to all of the Debtors (*e.g.*, legal fee retainers, common bank accounts, general unsecured claims, operating income, and payments to creditors, *i.e.*, those items related to the management of the real property in which the Debtor has an undivided tenant-in-common ownership interest (the "Real Property")) have not been allocated to the particular Debtor in terms of its ownership interest in the Real Property.

*2224011*

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/14/2017

X  **/s/ Michael Eidel**
Signature of individual signing on behalf of debtor

**Michael Eidel as Attorney-In-Fact for Doris Eidel, on behalf of Z. Eidel Realty, LLC a New York LLC**
Printed name

**Member**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **1,418,900.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **1,211,007.86**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **2,629,907.86**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **29,612,549.95**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **786,194.40**

4.  **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b

$    **30,398,744.35**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$741.16** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Arkansas** | **Operating Account** | **3887** | **$543,938.95** |
| 3.2. | **Bank of Arkansas** | **Escrow Account** | **3898** | **$41,963.61** |
| 3.3. | **Iberia Bank** | **Operating Account** | **1975** | **$24,085.88** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$610,729.60** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* **16-12747** |
|---|---|---|
| | Name | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **21,214.97**  -  **0.00**  = ....  **$21,214.97**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  **541,363.29**  -  **0.00**  =....  **$541,363.29**
face amount    doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$562,578.26**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress Communications Group TI is underway.  Carpet, Desk, Paint, and Conference Room AV work to be finished by 2/1/2017 at the latest.** | | **$0.00** | | **$30,000.00** |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies Lightbulbs, plumbing supplies, electrical supplies, fixtures, ceiling tiles, textiles.** | | **$0.00** | | **$2,000.00** |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.    **$32,000.00**

24.    **Is any of the property listed in Part 5 perishable?**

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(If known)* **16-12747** |
|---|---|---|
| | Name | |

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**7 desks, conference room table, 7 desk chairs; 3 conference room chairs; 4 wingback chairs for reception and office; 2 stuffed chairs; 1 captain chair; 4 filing cabinets; 3 credenzas; 2 bookshelves; 2 conference chairs; 60 tables; 175 chairs; 12 board room chairs, 1 board table; 4 HD TV"S 1 90" HD TV; projector; projector screen; 4 Large leather Chairs; 2 digital directories; 1 digital signage board.** | **$0.00** | | **$4,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**ESI Phone System. 7 computers, 6 monitors; watchguard; 2 Cannon Printers.** | **$0.00** | | **$1,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.  **Multiple pictures and past artwork and collectibles from the previous management and era of the building.** | **$0.00** | | **$200.00** |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$5,700.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **NNN 400 Capitol Center 26, LLC**                    Case number *(If known)* **16-12747**
Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**2-1000 ton chillers, firepump and panel E8100**<br>**series, Generator; Elevator Equipment;**<br>**Escalators; miscellaneous Fitness Center gym**<br>**equipment; work bench; roll around tool cart.** | $0.00 | | Unknown |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                                $0.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(If known)* | **16-12747** |
| | Name | | |

| 55.1. | **3.500% undivided tenant-in-common interest in the Regions Center Building, 400 W. Capitol Avenue, Little Rock,  Pulaski County, Arkansas 72201. Appraised value of Building is $40,540,000.00.** | **Tenants in Common** | **Unknown** | **Appraisal** | **$1,418,900.00** |

**56.** **Total of Part 9.**                                                 **$1,418,900.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites**<br>**400westcapitol.com** | **$0.00** | | **Unknown** |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.** **Total of Part 10.**                                                  **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(If known)* **16-12747** |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **Building currently has a right for suit on the contractor from 2015 for a flooring issue; contractor has currently worked out a good faith effort that will be completed in the 1st quarter of 2017.**

**Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(If known)* **16-12747** |
|---|---|---|
| | Name | |

<hr>

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $610,729.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $562,578.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $1,418,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,211,007.86 | + 91b. $1,418,900.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,629,907.86 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|
| | **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

| | | | | |
|---|---|---|---|---|
| **2.1** | **Wells Fargo Bank N.A. as Trustee** <br>Creditor's Name <br><br>**c/o Wright, Lindsey & Jennings LLP Attn: Judy Simmons Henry, Esq. 200 West Capitol Ave., Suite 2300 Little Rock, AR 72201** <br>Creditor's mailing address <br><br><br>Creditor's email address, if known <br><br>**Date debt was incurred** <br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br>**3.500% undivided tenant-in-common interest in the Regions Center Building, 400 W. Capitol Avenue, Little Rock, Pulaski County, Arkansas 72201. Appraised value of Building is $40,540,000.00.** <br><br>**Describe the lien** <br>**Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing** <br>**Is the creditor an insider or related party?** <br>☑ No <br>☐ Yes <br>**Is anyone else liable on this claim?** <br>☐ No <br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $29,612,549.95 | $1,418,900.00 |
| | **Do multiple creditors have an interest in the same property?** <br>☑ No <br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br>Check all that apply <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed | | |

| | | |
|---|---|---|
| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $29,612,549.<br>95 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if know) | **16-12747** |
| --- | --- | --- | --- |
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Meagen E. Leary, Esq.**<br>**Duane Morris LLP**<br>**Spear Tower**<br>**One Market Plaza, Suite 2200**<br>**San Francisco, CA 94105** | Line __2.1__ | |
| **Richard W. Riley, Esq.**<br>**Jarrett P. Hitchings, Esq.**<br>**Duane Morris LLP**<br>**222 Delaware Ave., Suite 1600**<br>**Wilmington, DE 19801** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|
| | **Affordable Rooter Service, LLC** | ☐ Contingent | |
| | **2803 Arbors Circle** | ☐ Unliquidated | |
| | **Bryant, AR 72022** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.29** |
|---|---|---|---|
| | **All Electric Supply Inc.** | ☐ Contingent | |
| | **1301 Westpark Drive** | ☐ Unliquidated | |
| | **Little Rock, AR 72204** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Angie Pope** | ☐ Contingent | |
| | **45635 Big Canyon Street** | ☐ Unliquidated | |
| | **Indio, CA 92201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$997.44** |
|---|---|---|---|
| | **Arkansas Filter Inc.** | ☐ Contingent | |
| | **130 Brookswood Road** | ☐ Unliquidated | |
| | **Little Rock, AR 72120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.45 |
|---|---|---|---|

**Arkansas Pro Wash, Inc.**
**11407 Baseline Road**
**Little Rock, AR 72209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arkansas Softwater**
**PO Box 131**
**North Little Rock, AR 72115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Arthur Cooley**
**3843 Devonshire Drive**
**Salisbury, MD 21804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $771.16 |
|---|---|---|---|

**AT&T**
**P.O Box 105414**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Barbara Hughes**
**1350 West Horizon Ridge Parkway**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Barbara Hughes - TIC Loan 1**
**1350 West Horizon Ridge Parkway**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.67 |
|---|---|---|---|

**Besser Hardware**
**1015 Main Street**
**Little Rock, AR 72202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.83 |
|---|---|---|---|

**Bill's Lock and Safe**
**1001 Pike Avenue**
**North Little Rock, AR 72114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Bradford Bodley**
**2025 Fairview Ave., Unit C**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Carl Kisner**
**72300 Rancho Road**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Carol Gedeon**
**1877 Derby Way**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Charles Laird**
**15951 Calle Rosas Way**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.55 |
|---|---|---|---|

**Cintas Corp.**
**102 Champs Boulevard**
**Maumelle, AR 72113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |
|---|---|---|---|

**Colliers International Valuation**
**& Advisory Services, LLC**
**1 Allied Dr., Suite 1500**
**Little Rock, AR 77202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **NNN 400 Capitol Center 26, LLC** | | Case number *(if known)* | **16-12747** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.93** |
|---|---|---|---|
| | **Comcast** | ☐ Contingent | |
| | **P.O Box 530098** | ☐ Unliquidated | |
| | **Atlanta, GA 30353** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **David Taheri** | ☐ Contingent | |
| | **14874 Kernite Court** | ☐ Unliquidated | |
| | **Nevada City, CA 95959** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|
| | **Dental  & Medical Counsel** | ☐ Contingent | |
| | **111 Deerwood Rd., Suite 340** | ☐ Unliquidated | |
| | **San Ramon, CA 94583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |
|---|---|---|---|
| | **Doug Laird- TIC Loan 1** | ☐ Contingent | |
| | **15951 Calle Rosas Way** | ☐ Unliquidated | |
| | **Redding, CA 96001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Douglas and Katherine Bade** | ☐ Contingent | |
| | **340 Fifth Avenue North** | ☐ Unliquidated | |
| | **South St. Paul, MN 55075** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Douglas Meyer** | ☐ Contingent | |
| | **5318 Lake Bosworth Lane** | ☐ Unliquidated | |
| | **Snohomish, WA 98290** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Edward and Rose Van Keulen** | ☐ Contingent | |
| | **13750 Highway 5** | ☐ Unliquidated | |
| | **Young America, MN 55397** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,286.27** |
|---|---|---|---|

**Entergy**
**P.O. Box 8101**
**Baton Rouge, LA 70891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,524.20** |
|---|---|---|---|

**First Guardian Group**
**777 North First St., Suite 720**
**San Jose, CA 95115**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Grace Vincenti**
**119 Via Lido Soud**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harrison Energy Partners**
**1501 West Park Dr., Suite 9**
**Little Rock, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Hendrick Associates Inc**
**1201 Peachtree Street NE**
**400 Colony Square, #1900**
**Atlanta, GA 30361**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Jack Brown**
**5811 NW 81**
**Wellsburg, NY 14894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,447.56** |
|---|---|---|---|

**JK Janitorial Services**
**1515 Southeast 4th Street**
**Oklahoma City, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**John and Gloria Cummings**
**3111 NE 22nd Street**
**Ft. Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Lorraine Bier**
**8101 Asmara Drive**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.49** |
|---|---|---|---|

**Midtown Mechanical Services, LLC**
**3019 River Ridge Road**
**Benton, AR 72019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,000.00** |
|---|---|---|---|

**Moses Tucker Real Estate, Inc.**
**200 River Market Avenue**
**Suite 501**
**Little Rock, AR 77201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 1, LLC**
**(Linda Markley)**
**5150 Shoshone Avenue**
**Encino, CA 91316**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 10 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 11 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 12 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 13 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 14 LL**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 15 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 16 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 17 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 18 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 19 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 2, LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 20 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 21 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 22 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 24 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NNN 400 Capitol Center 25, LLC**
**(Richard and Marilyn Snapp)**
**10100 Neahkahnie Creek Rd.**
**Manzanita, OR 97130**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 27 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 28 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 3 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 30, LLC**
**(First Guardian Group)**
**777 North First St., Suite 720**
**San Jose, CA 95115**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 32 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 35, LLC**
**(Est. of Charles Hawk) c/o A Aherns**
**Washington Trust Bank**
**601 Union Street**
**Seattle, WA 98101**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NNN 400 Capitol Center 36, LLC**
**(Ruth Copit)**
**30 Rushingwind Drive**
**Irvine, CA 95401**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 4 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 5 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 6 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 7, LLC**
**(Ruth Copit)**
**37 Ponderosa Circle**
**Palm Desert, CA 00092-2111**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 8, LLC**
**(Joan M. Groff)**
**2820 Stromboli Road**
**Costa Mesa, CA 92626**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center 9 LLC**
**2711 Centerville Rd., Suite 400**
**Wilmington, DE 19808**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNN 400 Capitol Center, LLC**
**(First Guardian Group)**
**777 North First St., Suite 720**
**San Jose, CA 95115**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* | **16-12747** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,640.54 |
|---|---|---|---|

**OTIS Elevator Company**
**P.O. BOX 730400**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|---|---|---|---|

**Pitney Bowes Global Financial Svcs.**
**2222 Cottondale Lane, #110**
**Little Rock, AR 72202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**P.O. Box 371874+B34**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493.50 |
|---|---|---|---|

**Plantation Services Inc.**
**P.O. Box 241006**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.62 |
|---|---|---|---|

**Powers Mechanical Service Co.**
**P.O. Box 8106**
**Little Rock, AR 72203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,012.50 |
|---|---|---|---|

**Qauttlebaum Grooms Tull & Burrow**
**111 Center Street**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $565.00 |
|---|---|---|---|

**R&S Landscaping**
**2711 Crooked Stick Lane**
**Benton, AR 72019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number (if known) | **16-12747** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
Randall Lynch
1705 Ocean Avenue, Unit 309
Santa Monica, CA 90401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.76** | Nonpriority creditor's name and mailing address
Rod Fagundes
2130 Laguna Road
Santa Rosa, CA 95401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.77** | Nonpriority creditor's name and mailing address
Shred It US JV LLC
7705 Northshore Place
North Little Rock, AR 72118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.51**

---

**3.78** | Nonpriority creditor's name and mailing address
Snyder Environmental
7031 Dewafflebakers Lane
North Little Rock, AR 72113

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79** | Nonpriority creditor's name and mailing address
Stanley Abrahamson
9041 NW 10th
Plantation, FL 33322

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.80** | Nonpriority creditor's name and mailing address
Staples Advantage
PO Box 83689
Chicago, IL 60696

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$508.55**

---

**3.81** | Nonpriority creditor's name and mailing address
Suzanne Hill
150 S. Bowie Street
Jasper, TX 75951

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* | **16-12747** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.92** |
|---|---|---|---|

**Terminix Processing Center**
PO Box 74592
Cincinnati, OH 45274

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Triple-S Alarm Company Inc.**
2820 Cantrell Road
Little Rock, AR 72202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Vazgen K. Babaian**
1313 Valley View Road, Apt. 14
Glendale, CA 91202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Vito and Josephine Coraci**
6104 Copper Rose Street NE
Albuquerque, MN 87111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Waste Management**
PO Box 43410
Phoenix, AZ 85080

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Water Treatment Servies**
PO Box 910
Alexander, AR 72002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Wes Litzinger**
495 Locust Street
Laguna Beach, CA 92651

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* | **16-12747** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,753.00 |
|---|---|---|---|

**Wes Litzinger - TIC Loan 1**
**495 Locust Street**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,575.42 |
|---|---|---|---|

**Whelan Security Co. Inc.**
**PO Box 843886**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 786,194.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 786,194.40 |

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
        ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for office space at Regions Center Building**<br><br><br><br>**Airfirst, Inc.**<br>**400 West Capitol Avenue**<br>**Suite 2878**<br>**Little Rock, AR 72201** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for office space at Regions Center Building**<br><br><br><br>**Anderson, Murphy & Hopkins LLP**<br>**400 West Capitol Avenue**<br>**Suite 2400**<br>**Little Rock, AR 72201** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for office space at Regions Center Building**<br><br><br><br>**ARCARE**<br>**400 West Capitol Avenue**<br>**Suite 2910**<br>**Little Rock, AR 72201** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for office space at Regions Center Building**<br><br><br><br>**Arkansas Anti-Aging, PA d/b/a**<br>**BodyLogicMD of Little Rock**<br>**400 West Capitol Avenue**<br>**Suite 1321**<br>**Little Rock, AR 72201** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **NNN 400 Capitol Center 26, LLC**

First Name            Middle Name            Last Name

Case number (*if known*)    **16-12747**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Arkansas Blue Cross & Blue Shield** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** |
| | | | **Little Rock, AR 72201** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Arkansas Fitness, LLC** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** |
| | | | **Suite 303** |
| | | | **Little Rock, AR 72201** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Arkansas Workers' Compensation Commission** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** |
| | | | **Suite 2690** |
| | | | **Little Rock, AR 72201** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for phone service at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **AT&T** |
| | List the contract number of any government contract | | **P.O Box 105414** |
| | | | **Atlanta, GA 30348** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **BKD, LLP** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** |
| | | | **Little Rock, AR 72201** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for water/sewer service at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Central Arkansas Water** |
| | List the contract number of any | | **P O Box 36753** |
| | | | **Charlotte, NC 28236** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **NNN 400 Capitol Center 26, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-12747**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Chisenhall, Nestrud & Julian, P.A.** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** **Suite 2842** **Little Rock, AR 72201** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for cable service at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Comcast** |
| | List the contract number of any government contract | | **P.O Box 530098** **Atlanta, GA 30353-0098** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Design Group Marketing LLC** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** **Suite 1802** **Little Rock, AR 72201** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Disability Rights Arkansas, Inc.** |
| | List the contract number of any government contract | | **400 West Capitol Avenue** **Suite 1200** **Little Rock, AR 72201** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for electricity service at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Entergy** |
| | List the contract number of any government contract | | **P.O. Box 8101** **Baton Rouge, LA 70891** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Property and Asset Management Agreement for Regions Center Building** | **FGG, Inc. d/b/a** **First Guardian Group** **777 North First St., Suite 720** **San Jose, CA 95115** |
|---|---|---|---|

Debtor 1   **NNN 400 Capitol Center 26, LLC**
      First Name        Middle Name        Last Name

Case number *(if known)*   **16-12747**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any
       government contract

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Franke's Inc.**<br>**400 West Capitol Avenue**<br>**Little Rock, AR 72201** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **G&G Hospitality LLC**<br>**400 West Capitol Avenue**<br>**Suite 1803**<br>**Little Rock, AR 72201** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GDH Consulting, Inc.**<br>**400 West Capitol Avenue**<br>**Suite 1604**<br>**Little Rock, AR 72201** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ghidotti Communications LLC**<br>**400 West Capitol Avenue**<br>**Suite 2979**<br>**Little Rock, AR 72201** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ING North America Insurance Corp.**<br>**400 West Capitol Avenue**<br>**Suite 1611**<br>**Little Rock, AR 72201** |

| Debtor 1 | **NNN 400 Capitol Center 26, LLC** | | | Case number (*if known*) | **16-12747** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kiski Legal LLC**<br>**400 West Capitol Avenue**<br>**Suite 101**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Matthew L. White**<br>**400 West Capitol Avenue**<br>**Suite 2891**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Morrison and Associates**<br>**400 West Capitol Avenue**<br>**Suite 100D**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Munson, Rowlett, Moore & Boone, PA**<br>**400 West Capitol Avenue**<br>**Suite 1900**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Rasco, Winter, Abston, Moore & Associates LLP**<br>**400 West Capitol Avenue**<br>**Suite 1624**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Regions Bank**<br>**400 West Capitol Avenue**<br>**Little Rock, AR 72201** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **NNN 400 Capitol Center 26, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**16-12747**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **RGN-Little Rock I, LLC** |
| | List the contract number of any government contract | | **400 West Capitol Avenue**<br>**Suite 1700**<br>**Little Rock, AR 72201** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Richard A. Stephens & Associates Inc.** |
| | List the contract number of any government contract | | **400 West Capitol Avenue**<br>**Suite 1222**<br>**Little Rock, AR 72201** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Southwestern Electric Power Company** |
| | List the contract number of any government contract | | **400 West Capitol Avenue**<br>**Suite 1610**<br>**Little Rock, AR 72201** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Spectra7 Microsystems Ltd.** |
| | List the contract number of any government contract | | **400 West Capitol Avenue**<br>**Suite 2380**<br>**Little Rock, AR 72201** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Steel, Wright & Collier, PLLC** |
| | List the contract number of any government contract | | **400 West Capitol Avenue**<br>**Suite 2910**<br>**Little Rock, AR 72201** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | **TEKsystems, Inc.**<br>**400 West Capitol Avenue**<br>**Suite 2940**<br>**Little Rock, AR 72201** |
|---|---|---|---|

| Debtor 1 | NNN 400 Capitol Center 26, LLC | | | Case number *(if known)* | 16-12747 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Tenants-in-Common Agreement for Regions Center Building** | |
|---|---|---|---|
|  | State the term remaining | | **Tenants-in-Common of Regions Center c/o Robert W. Dyess, Jr., Esq. Good Wildman 19000 MacArthur Blvd., Suite 575 Irvine, CA 92612** |
|  | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
|  | State the term remaining | | **The Communications Group, Inc. 400 West Capitol Avenue Suite 1391 Little Rock, AR 72201** |
|  | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
|  | State the term remaining | | **The Little Rock Club, Inc. 400 West Capitol Avenue Little Rock, AR 72201** |
|  | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
|  | State the term remaining | | **Twentieth Floor Corporation 400 West Capitol Avenue Little Rock, AR 72201** |
|  | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
|  | State the term remaining | | **W. Lyn Fruchey d/b/a Freiderica's Pharmacy & Collection 400 West Capitol Avenue Little Rock, AR 72201** |
|  | List the contract number of any government contract | | |

| Debtor 1 | NNN 400 Capitol Center 26, LLC | | | Case number (if known) | 16-12747 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Washington Barber College, Inc.** |
| | | | **400 West Capitol Avenue** |
| | List the contract number of any government contract | | **Suite 1600** |
| | | | **Little Rock, AR 72201** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for waste management at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Waste Management of Little Rock Hauling** |
| | | | **PO Box 43410** |
| | List the contract number of any government contract | | **Phoenix, AZ 85080** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Whelan Security Co.** |
| | | | **400 West Capitol Avenue** |
| | List the contract number of any government contract | | **Suite 2850** |
| | | | **Little Rock, AR 72201** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Wilson & Associates, PLLC** |
| | | | **400 West Capitol Avenue** |
| | List the contract number of any government contract | | **Little Rock, AR 72201** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space at Regions Center Building** | |
|---|---|---|---|
| | State the term remaining | | **Wittenberg, Delony & Davidson Inc.** |
| | | | **400 West Capitol Avenue** |
| | List the contract number of any government contract | | **Suite 1800** |
| | | | **Little Rock, AR 72201** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NNN 400 Capitol Center 26, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **16-12747** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **All NNN 400 Capitol Center TIC investors** | **2711 Centerville Rd., Suite 400 Wilmington, DE 19808** | **Wells Fargo Bank N.A. as Trustee** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NNN 400 Capitol Center 26, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12747**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>☑ Other   **Other** | **$6,653,934.77** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>☑ Other   **Other** | **$8,346,676.24** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>☑ Other   **Other** | **$7,571,114.67** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor  **NNN 400 Capitol Center 26, LLC**  Case number *(if known)* **16-12747**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **CBM Construction** | **12/7/2016** | **$22,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Crafton Tull** | **10/7/2016** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.3.** **Cromwell Architects** | **11/4/2016** | **$6,667.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.4.** **D&N Construction** | **11/4/2016 - 12/7/2016** | **$84,178.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **Entergy** | **10/31/2016** | **$68,651.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.6.** **JGP** | **12/7/2016** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.7.** **JK Janitorial Services** | **11/4/2016** | **$27,238.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.8.** **Moses Tucker Real Estate**<br>**200 River Market Ave., Suite 501**<br>**Little Rock, AR 72201** | **10/4/2016 - 12/6/2016** | **$86,157.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| **3.9.** **OTIS** | **11/4/2016** | **$11,355.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Debtor | **NNN 400 Capitol Center 26, LLC** | | Case number *(if known)* **16-12747** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10 **Quattlebaum, Grooms, Tull and Burrow** | **11/4/2016 - 11/11/2016** | **$31,478.25** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.11 **Regus** | **11/11/2016** | **$68,763.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.12 **Rubin and Rubin** | **11/4/2016 - 11/9/2016** | **$69,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.13 **Utility Billing Services** | **11/4/2016 - 12/7/2016** | **$23,152.85** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.14 **Whelan Security** | **10/7/2016 - 11/4/2016** | **$19,119.97** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | NNN 400 Capitol Center 26, LLC | Case number *(if known)* | 16-12747 |

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wells Fargo Bank, N.A., as Trustee v. NNN 400 Capitol Center, LLC, et. al.**<br>**Case No. 60CV-16-6167** | **Foreclosure - Stayed** | **Circuit Court of Pulaski County Arkansas**<br>**401 West Markham Street**<br>**Little Rock, AR 72201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Electrical Claim- Lightning struck the building and caused the 4000 amp switchgear to become unserviceable.  The claim has been approved and we are working thru lien waivers to be able to begin the work.** | $0.00 | **March 2016** | $251,000.00 |

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **NNN 400 Capitol Center 26, LLC**                           Case number *(if known)* **16-12747**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Whiteford, Taylor & Preston LLC** **The Renaissance Centre** **405 North King Street, Suite 500** **Wilmington, DE 19801** | | **11/29/2016 - $50,000 - Retainer 12/09/2016 - $41,208 - For Filing Fees** | |
| | | | **$91,208.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. | | **11/17/2016 - Retainer $91,208 passed through to Whiteford, Taylor & Preston LLC** | |
| **Rubin and Rubin, P.A.** **1649 Atlantic Boulevard** **Jacksonville, FL 32207** | | | **$166,234.93** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

Debtor    **NNN 400 Capitol Center 26, LLC**                                    Case number *(if known)*  **16-12747**

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | NNN 400 Capitol Center 26, LLC | Case number *(if known)* 16-12747 |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Debtor | NNN 400 Capitol Center 26, LLC | Case number *(if known)* 16-12747 |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Alexander Elezovic**<br>**Housman, Bloch & Elezovic**<br>**399 Knollwood Rd., Suite 311**<br>**White Plains, NY 10603** | **2014 - Present** |
| 26a.2. | **Moses Tucker Real Estate**<br>**Attn:  Kathy Beaston, CFO**<br>**Mike Stevenson, Controller**<br>**200 River Market Ave., Suite 501**<br>**Little Rock, AR 72201** | **Kathy:  03/2014 thru 06/2015**<br>**Mike: 07/2015 thru Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Moses Tucker Real Estate**<br>**200 River Market Ave., Suite 501**<br>**Little Rock, AR 72201** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Z. Eidel Realty LLC, a New York**<br>**Limited Liability Company**<br>**c/o Michael Eidel**<br>**4724 Essex Drive**<br>**Doylestown, PA 18902** | |
| 26c.2. | **Moses Tucker Real Estate**<br>**200 River Market Ave., Suite 501**<br>**Little Rock, AR 72201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Seth Denison, Esq.**<br>**Managing Director**<br>**Hart Advisors Group, LLC**<br>**2 Alhambra Plaza, Suite 620**<br>**Miami, FL 33134** |
| 26d.2. | **Arvest** |
| 26d.3. | **Simmons** |
| 26d.4. | **Mark McLarty** |

| Debtor | **NNN 400 Capitol Center 26, LLC** | Case number *(if known)* **16-12747** |
|---|---|---|

| | Name and address |
|---|---|
| 26d.5. | **Calmwater Capital**<br>**11755 Wilshire Boulevard**<br>**Suite 1425**<br>**Los Angeles, CA 90025** |
| 26d.6. | **UBS**<br>**1285 Avenue of the Americas**<br>**11th Floor**<br>**New York, NY 10019** |
| 26d.7. | **Deutsche** |
| 26d.8. | **First Security** |
| 26d.9. | **Regions** |
| 26d.10. | **Enterprise Financial** |
| 26d.11. | **CBRE** |
| 26d.12. | **Berkadia** |
| 26d.13. | **Avison Young** |
| 26d.14. | **CMS-Mitchell Sweet** |
| 26d.15. | **Horowitz** |
| 26d.16. | **FGG** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Z. Eidel Realty, LLC, a New York** | **Limited Liaibility Company**<br>**c/o Michael Eidel**<br>**4724 Essex Drive**<br>**Doylestown, PA 18902** | **Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **NNN 400 Capitol Center 26, LLC**                                    Case number *(if known)*  **16-12747**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  **See Question 4.** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 14, 2017**

**/s/ Michael Eidel**                                           **Michael Eidel as Attorney-In-Fact for Doris Eidel, on behalf of Z. Eidel Realty, LLC a New York LLC**

Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ☐ No
- ☑ Yes

Regions Center (reg)

# General Ledger

Period = Jan 2016-Dec 2016

Book = Cash

Sort On =

| Property | Property Name | Date | Period | Person/Description | Debit |
|----------|---------------|------|--------|--------------------|------:|
| **3300-3015** | | | | **Distributions TIC** | |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 4, LLC (nnn04) | 903.63 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 15, LLC (nnn15) | 1,091.89 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 21, LLC (nnn21) | 992.19 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 26, LLC (nnn26) | 1,054.24 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 28, LLC (nnn28) | 1,807.26 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 32, LLC (nnn32) | 828.33 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 36, LLC (nnn36) | 894.29 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 1, LLC (nnn01) | 865.98 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 3, LLC (nnn03) | 715.37 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 6, LLC (nnn06) | 865.98 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 7, LLC (nnn07) | 715.37 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 8, LLC (nnn08) | 489.47 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 9, LLC (nnn09) | 790.68 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 10, LLC (nnn10) | 1,769.61 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 11, LLC (nnn11) | 564.77 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 12, LLC (nnn12) | 564.77 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 13, LLC (nnn13) | 903.63 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 14, LLC (nnn14) | 1,054.24 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 16, LLC (nnn16) | 2,108.47 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 17, LLC (nnn17) | 451.82 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 19, LLC (nnn19) | 414.16 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 20, LLC (nnn20) | 941.28 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Bradford H Bodley (nnn22) | 734.95 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 24, LLC (nnn24) | 715.37 |
| reg | Regions Center | 4/10/2016 | 04-2016 | NNN 400 Capitol Center 25, LLC (nnn25) | 527.12 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Aldridge (nnn30ald) | 50.06 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Hall (nnn30hal) | 50.06 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Keller (nnn30kel) | 50.06 |

Regions Center (reg)

# General Ledger

Period = Jan 2016-Dec 2016

Book = Cash

Sort On =

| Property | Property Name | Date | Period | Person/Description | Debit |
|----------|---------------|------|--------|--------------------|-------|
| reg | Regions Center | 4/10/2016 | 04-2016 | Milne (nnn30mil) | 50.06 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Raymond O. Vincenti Family Trust (nnn02) | 2,786.19 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Douglas & Katherine Bade Limited Partnership (nnn05) | 451.82 |
| reg | Regions Center | 4/29/2016 | 04-2016 | NNN 400 Capitol Center 18, LLC (nnn18) | 790.69 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Allison (nnn30all) | 50.06 |
| reg | Regions Center | 4/29/2016 | 04-2016 | The Baumer Family Trust (nnn30bau) | 50.06 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Duffy (nnn30duf) | 94.97 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Marc Ettinger, Trustee (nnn30gas) | 50.06 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Orbadore (nnn30orb) | 50.06 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Charles Hawk, LLC (nnn35) | 271.09 |
| reg | Regions Center | 4/29/2016 | 04-2016 | GM Limited Investments LLC (gmlimit) | 903.63 |
| | | | | **Net Change=28,463.74** | **28,463.74** |

| **3300-3028** | | | | **Distributions LLC** | |
|----------|---------------|------|--------|--------------------|-------|
| reg | Regions Center | 3/9/2016 | 03-2016 | Gattis- ACH for 11/2015 & 12/2015 | 187.50 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Arya (aryah) | 22.15 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Arya (aryan) | 22.15 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Dicker (dicker) | 88.59 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Pamela K. Gattis (gattis) | 44.30 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Kane (kane) | 177.19 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Mazzanti (mazzant) | 66.44 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Moffitt (moffit) | 124.03 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Rachman (rachman) | 17.72 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Thomas (thomas) | 48.15 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Tidwell (tidwell) | 42.52 |
| reg | Regions Center | 4/10/2016 | 04-2016 | Tullis (tullis) | 44.30 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Bighley as JTWROS (bighley) | 88.59 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Cingolani Rev Tr dtd 8/5/04 SPZ305518 (cingoian) | 44.30 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Restated Garber Family Trust 1978 (garber) | 44.30 |

**1/9/2017 3:42 PM**

Regions Center (reg)

# General Ledger

Period = Jan 2016-Dec 2016

Book = Cash

Sort On =

| Property | Property Name | Date | Period | Person/Description | Debit |
|----------|---------------|------|--------|--------------------|-------|
| reg | Regions Center | 4/29/2016 | 04-2016 | Lindenbaum (lindenba) | 256.90 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Massetti SNM183400 (massetti) | 177.17 |
| reg | Regions Center | 4/29/2016 | 04-2016 | FBO David Mullenax, Acct : IRA486188 (mullenax) | 67.33 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Posner (posner) | 44.30 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Post (post) | 45.01 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Schneider (schneide) | 44.30 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Schwartz (schwartz) | 23.48 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Steinhardt (steinhar) | 26.58 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Tollefson Husb & Wife as CP (tollefso) | 44.30 |
| reg | Regions Center | 4/29/2016 | 04-2016 | Weiss Rev Liv Tr dtd 1/8/10 (weiss) | 53.16 |
| | | | | **Net Change=1,844.76** | **1,844.76** |

**30,308.50**