# SIGN-IN-SHEET

**CASE NAME:** NNN 400 Capitol Center 16, LLC  
**CASE NO.:** 16-12728 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 12/20/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Fieredle | Whiteford Taylor + Preston | Debtors |
| Richard Riley | Duane Morris | Little Rock-400Capitol Trust |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 12/20/2017
Calendar Time: 02:00 PM ET

Amended Calendar  Dec 20 2017 10:52AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | NNN 400 Capitol Center 16, LLC | 16-12728 | Hearing | 8788151 | Robert R. Kracht | (216) 696-1422 ext. | McCarthy Lebit Crystal & Liffman, Co., L.P.A. | Interested Party, Robert R. Kracht / LISTEN ONLY |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 | Hearing | 8784519 | Mark Rubin | (904) 396-7711 ext. 302 | Rubin & Rubin, PA | Debtor, NNN 400 Capitol Center 16, LLC / LIVE |