# Court Conference

Calendar Date: **12/02/2019**
Calendar Time: **12:30 PM ET**

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable John T. Dorsey

Courtroom

*Amended Calendar  Dec  2 2019  7:52AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10222420 | Tony Austin | (615) 251-5568 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10222348 | Kevin Carter | (513) 651-6419 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road, Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10196985 | Paul E. Chronis | (312) 499-6700 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10222360 | Joshua R. Denton | (615) 251-5580 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road, Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10196794 | Brett Fallon | (302) 888-6888 ext. | Morris James LLP | Defendant(s), Somera Road, Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10219805 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Plaintiff(s), NNN 400 Capitol Center LLC / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10222362 | Lynda Hill | (615) 251-5589 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road, Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10197001 | Meagen E. Leary | (415) 957-3230 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank, et al / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10197023 | Allison Midei | (410) 949-2949 ext. | Duane Morris LLP | Creditor, Little Rock 400 Capitol Trust / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10197015 | Elinor H. Murarova | (312) 499-6700 ext. | Duane Morris LLP | Interested Party, Wells Fargo Bank, N.A. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10196972 | Sommer L. Ross | (302) 657-4900 ext. | Duane Morris LLP | Creditor, Little Rock-400 West Capitol Trust / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10219796 | Guy B. Rubin | (772) 283-2004 ext. | Rubin & Rubin | Plaintiff(s), NNN 400 Capital Center LLC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| NNN 400 Capitol Center 16, LLC | 16-12728 (18-50384) | Hearing | 10219782 | I. Mark Rubin | (904) 396-7711 ext. | Rubin & Rubin, PA | Plaintiff(s), NNN 400 Capital Center LLC / LIVE |