# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*, | ) Case No. 16-12728 (JTD) |
| | ) (Jointly Administered) |
| Debtors. | ) **Re: D.I. Nos. 446, 460, 462 and 472** |
| NNN 400 CAPITOL CENTER, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Pro. No. 18-50384 (JTD) |
| | ) |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-C8 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES; LNR PARTNERS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) **Re: D.I. Nos. 564 and 635** |

## ORDER

A telephonic hearing was held on April 13, 2020 on Lender Defendants' and Somera Road's standing with respect to the United States Trustee's Motion to Revoke or Terminate Retention of Rubin and Rubin, P.A. D.I. 446, Adv. D.I. 564; (the "Motion") and Lender Defendants' Motion to Strike. (D.I. 472, Adv. D.I. 635). For the reasons stated on the record, the Court ORDERS as follows:

1. The Lender Defendants and Somera Road have standing to join in the Motion.

2. Lender Defendants' Motion to Strike is denied. Rubin and Rubin shall produce full and complete copies of any documents referred to in the Mark Rubin Declaration by April 14, 2020 at 5:00 p.m.

Dated: April 13, 2020

_____
JOHN T. DORSEY, U.S.B.J.