IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 16-12728 (JTD)<br>(Jointly Administered) |
| NNN 400 CAPITOL CENTER, LLC, *et al.*,<br>    Plaintiffs,<br>    v.<br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-C8 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES; LNR PARTNERS, LLC, *et al.*,<br>    Defendants. | Adv. No. 18-50384 (JTD) |

**SECOND AMENDED**[2] NOTICE OF AGENDA OF MATTER
SCHEDULED FOR TELEPHONIC HEARING ON JULY 29, 2020 AT 9:30 A.M.[3]

**This hearing will be held telephonically and by video.**

**ALL PARTIES THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND COURTCALL.**

**All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 to sign up.**

---

[1] The debtors in these cases are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (JTD); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (JTD); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (JTD); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (JTD); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (JTD); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (JTD); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (JTD); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (JTD); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (JTD); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (JTD); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (JTD); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (JTD); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (JTD); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (JTD); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (JTD); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (JTD); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (JTD); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (JTD); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (JTD); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (JTD); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (JTD); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (JTD); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (JTD); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (JTD); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (JTD); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (JTD); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (JTD); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (JTD); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (JTD); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (JTD); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (JTD); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (JTD).

[2] Amended items in bold font.

[3] The Court has reserved time on July 30, 2020 if necessary.

> **Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **Additionally, anyone wishing to appear by Zoom is invited to use the link below.**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1604256205**
> **Password: 210675**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

MATTER GOING FORWARD[4]

1. Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 446; filed 1/30/2020] 446

    Response Deadline: February 25, 2020 at 4:00 p.m. (ET)

    Responses Received:

    a) Debtors' Response to Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 457; Filed 2/25/2020] 457

    b) Response of Rubin and Rubin, P.A. to Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees [Docket No. 458; Filed 2/25/2020] 458

    Related Documents:

    c) Somera Road Inc.'s Notice of Joinder in the Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 462; Filed 2/25/2020] 462

    d) Certification of Counsel regarding Exhibits 2, 6, 7 and 8 to Lender Defendants' Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison and Confirmation that these Exhibits may be Publically Filed and the

---

[4] The agenda lists docket numbers as filed in main case number 16-12728 where the United States Trustee's Motion is first filed. If related documents are filed in the adversary proceeding and not the main case they will be listed as such.

|     | Redactions Set Forth in the Joinder Removed [Docket No. 464; Filed 2/28/2020]  464 |
| --- | --- |
| e)  | Reply in Support of Motion to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 465; Filed 2/28/2020]  465 |
| f)  | Defendants' Reply in Support of the Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees [Docket No. 467; Filed 2/28/2020]  467 |
| g)  | Lender Defendants' Motion to Strike Portions of the Declaration of I. Mark Rubin and Exhibit F to the Response of Rubin & Rubin to Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees  [Docket No. 472; Filed 3/4/2020]  472 |
|     | 1) Response of Rubin and Rubin, P.A. to Lender Defendants' Motion to Strike Portions of the Declaration of I. Mark Rubin and Exhibit F to the Response of Rubin & Rubin to Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees  [Docket No. 487; Filed 3/19/2020]  487 |
|     | 2) Lender Defendants' Combined Brief on Standing and Reply in Further Support of Their Motion to Strike [Docket No. 493; Filed 4/3/2020]  493 |
| h)  | Lender Defendants' Witness List for the Hearing on the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 473; Filed 3/4/2020]  473 |
| i)  | Somera Road Inc.'s Preliminary List of Exhibits for the April 9, 2020 Evidentiary Hearing [Docket No. 474; Filed 3/4/2020]  474 |
| j)  | Notice of Lender Defendant's Exhibit List for the Hearing on the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 475; Filed 3/4/2020]  475 |
| k)  | Somera Road Inc.'s List of Witnesses for the April 9, 2020 Evidentiary Hearing [Docket No. 476; Filed 3/4/2020]  476 |
| l)  | Exhibit List and Transcript Designations (filed by the United States Trustee's Office) [Docket No. 478; Filed 3/4/2020]  478 |

| | |
|---|---|
| m) | Certification of Counsel regarding Consent Waivers [Docket No. 485; Filed 3/11/2020] [485](#) |
| n) | Order regarding Lender Defendants' and Somera Road's Standing with Respect to the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison and Lender Defendants' Motion to Strike Portions of the Declaration of I. Mark Rubin and Exhibit F to the Response of Rubin & Rubin to Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees [Docket No. 505; Entered 4/13/2020] [505](#) |
| o) | Certification of Counsel regarding Exhibit 4 to Lender Defendants' Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate Retention and Disallow Fees of Rubin and Rubin, P.A. and Seth Denison and Confirmation that Exhibit 4 may be Publically Filed [Docket No. 545; Filed 4/30/2020] [545](#) |
| p) | Response of Rubin and Rubin, P.A. to Joinders of the Lender Defendants and Somera to the Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A., and Disallow Fees and Expenses [Docket No. 547; Filed 4/30/2020] [547](#) |
| q) | Third Amended Notice of Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 549; Filed 5/12/2020] [549](#) |
| r) | [Redacted] Lender Defendants' Reply in Further Support of their Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 559; Filed 7/3/2020] [559](#) |
| s) | [Redacted] Somera Road Inc.'s Reply Memorandum in Support of its Notice of Joinder in the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 561; Filed 7/3/2020] [561](#) |
| t) | Certification of Counsel Regarding Lender Defendants' Reply in Further Support of their Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 565; Filed 7/13/2020] [565](#) |

u) Certification of Counsel Regarding Somera Road Inc.'s Reply in Further Support of its Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [<u>Adv</u>. Docket No. 744; Filed 7/13/2020]  744

v) Amended Witness and Exhibit List and Transcript Designations (by the United States Trustee's Office) [Docket No. 567; Filed 7/15/2020]  567

w) Somera Road Inc.'s List of Witnesses for July 29, 2020 Evidentiary Hearing [Docket No. 568; Filed 7/15/2020]  568

x) Lender Defendants' Supplemental Witness List for the Hearing on the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 569; Filed 7/15/2020]  569

y) Notice of Lender Defendants' Supplemental Exhibit List for the Hearing on the Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 570; Filed 7/15/2020]  570

z) Notice of Rubin and Rubin, P.A.'s Exhibit List and Witness List for the Hearing on Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Denison [Docket No. 571; Filed 7/15/2020]  571

aa) Notice of Rubin and Rubin, P.A.'s Witness Descriptions for the Hearing on Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses or Rubin and Rubin, P.A. and Seth Denison [Docket No. 574; Filed 7/20/2020]  574

bb) Somera Road Inc.'s Supplemental List of Witnesses for July 29, 2020 Evidentiary Hearing [Docket No. 575; Filed 7/20/2020]  575

cc) Amended Witness and Exhibit List and Transcript Designations (filed by the United States Trustee's Office) [Docket No. 576; Filed 7/20/2020]  576

dd) Notice of Rubin and Rubin, P.A.'s Supplemental Exhibit List for the Hearing on Motion of the United States Trustee to Revoke or Terminate the Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses

|     |     |
| --- | --- |
|     | or Rubin and Rubin, P.A. and Seth Denison [Docket No. 579; Filed 7/21/2020] 579 |
| ee) | Third Amended Witness and Exhibit List and Transcript Designations [Docket No. 582; Filed: 7/23/2020] 582 |
| ff) | Notice of Moving Parties Combined Exhibit List for the Hearing on the Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. as Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Dennison [Docket No. 583; Filed: 7/24/2020] 583 |
| gg) | Motion of Somera Road, Inc. to Continue Final Hearing on United States Trustee's Motion to Revoke or Terminate Retention of Rubin and Rubin, P.A. [Docket No. 584; Filed: 7/27/2020] 584 |
| hh) | Lender Defendant's Joinder in Support of the Motion of the United States Trustee to Revoke or Terminate Retention of Rubin and Rubin, P.A. and Disallow Fees and Expenses of Rubin and Rubin, P.A. and Seth Dennison [Docket No. 459; Filed: 2/25/2020] 459 |

Status: This matter is going forward.

Dated: July 28, 2020

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq. (DE No. 3835)
COZEN O'CONNOR
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000 / Fax: (302) 250-4495
Email: tfrancella@cozen.com

*Counsel to Debtors*