# Court Conference

**Calendar Date:** 07/30/2020
**Calendar Time:** 09:00 AM ET

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable John T. Dorsey**
**Courtroom**

2nd Revision   Jul 30 2020   5:23AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10761455 | Tonya Austin | (615) 251-5568 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760385 | Erin Chizner | (212) 209-3122 ext. | Taconic Capital | Defendant(s), Taconic Capital / LISTEN ONLY |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760339 | Paul E. Chronis | (312) 499-6700 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10761456 | Joshua R. Denton | (615) 251-5580 ext. | Frost Brown Todd LLC | Defendant(s), Somera Road Inc. / LISTEN ONLY |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10761333 | Michael L. Eidel | (215) 918-3568 ext. | Fox Rothschild LLP | Interested Party, Michael L. Eidel / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10744022 | Brett Fallon | (302) 888-6888 ext. | Morris James LLP | Defendant(s), Somera Road, Inc. / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10758838 | Thomas Francella | (302) 295-2022 ext. | Cozen O'Connor | Debtor, NNN 400 Capital Center LLC / LIVE |
| | | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10757042 | Kurt Gwynne | (302) 778-7550 ext. | Reed Smith LLP | Interested Party, Randy Lynch and Doug Laird / LIVE |
| | | NNN 400 Capital Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10747767 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, Andrew Vara / LIVE |
| | | NNN 400 Capital Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760366 | James Jordon | (212) 209-3122 ext. | Taconic Capital | Defendant(s), Taconic Capital / LISTEN ONLY |
| | | NNN 400 Capital Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10761367 | Adam T. Kent | (818) 298-5614 ext. | Professional Partners Group | Defendant(s), Somera Road Inc / LISTEN ONLY |
| | | NNN 400 Capital Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760378 | Andrew Lam | (212) 209-3122 ext. | Taconic Capital | Defendant(s), Taconic Capital / LISTEN ONLY |

| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760325 | Meagen E. Leary | (415) 957-3230 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
|---|---|---|---|---|---|---|---|---|
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10758844 | John McDonald | (215) 864-8046 ext. | Cozen O'Connor | Plaintiff(s), NNN 400 Capitol Center, LLC, et al / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760358 | Allison Midei | (410) 949-2949 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
| | NNN 400 Capital Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10757072 | Katelin Morales | (415) 543-8700 ext. | Reed Smith LLP | Interested Party, Randy Lynch and Doug Laird / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10756307 | Wendy Mowery | (772) 283-2004 ext. | Rubin & Rubin | Participant, Rubin & Rubin / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760351 | Elinor H. Murarova | (312) 499-6700 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10755426 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew Vara / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760346 | Sommer L. Ross | (302) 657-4900 ext. | Duane Morris LLP | Creditor, Wells Fargo Bank / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10760372 | Erin Rota | (212) 209-3122 ext. | Taconic Capital | Defendant(s), Taconic / LISTEN ONLY |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10755874 | Guy B. Rubin | (772) 283-2004 ext. | Rubin & Rubin | Interested Party, NNN 400 Capital Center LLC / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10755870 | I. Mark Rubin | (904) 396-7711 ext. | Rubin & Rubin, PA | Witness, NNN 400 Capital Center LLC / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10755481 | Christopher P. Simon | (302) 777-4200 ext. | Cross & Simon, LLC | Interested Party, Rubin and Rubin, P.A. / LIVE |
| | NNN 400 Capitol Center 16, LLC | 16-12728 (18-5038 4) | Hearing | 10755483 | Michael Vild | (302) 777-4200 ext. | Cross & Simon, LLC | Interested Party, Rubin and Rubin, P.A. / LIVE |