# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NNN 400 CAPITAL CENTER 16, LLC, *et al.*, ) | Case No. 16-12728 (JTD) |
| ) | (Jointly Administered) |
| Debtor(s). ) | |
| ) | **Re: D.I. Nos. 660, 662, 674, 675, 691, 699** |
| NNN 400 CAPITAL CENTER, LLC, *et al.*, ) | |
| ) | |
| Plaintiff(s), ) | |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A., *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

The parties to this case having agreed to submit the matter to mediation, the Court directs that all motions presently pending (D.I. 660, 662, 674, 675, 691, 699) be adjourned until such time as the mediation is concluded. The parties are further directed to file a status report with the Court regarding the mediation by **November 28, 2020**.

Dated: November 4th, 2020  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE