# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12728 (JTD)<br><br>(Jointly Administered)<br><br>**RE: D.I. No. 704** |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-C8 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES; LNR PARTNERS, LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 18-50384 (JTD) |

## JOINT STATUS REPORT

On November 4, 2020, the Court entered an order adjourning all motions presently pending in above captioned chapter 11 cases [D.I. Nos. 660, 662, 674, 675, 691 and 699] (the "Order") until such time as the meditation (the "Mediation") being conducted by the Honorable Judge Brendan L. Shannon

---

[1] The debtors in these cases are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (JTD); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (JTD); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (JTD); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (JTD); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (JTD); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (JTD); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (JTD); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (JTD); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (JTD); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (JTD); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (JTD); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (JTD); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (JTD); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (JTD); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (JTD); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (JTD); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (JTD); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (JTD); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (JTD); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (JTD); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (JTD); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (JTD); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (JTD); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (JTD); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (JTD); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (JTD); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (JTD); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (JTD); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (JTD); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (JTD); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (JTD); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (JTD).

between the debtors (the "Debtors") and their lender, Little Rock-400 West Capitol Trust (the "Secured Lender" and collectively with the Debtors, the "Parties"), is completed.

Pursuant to the terms of the Order, the Parties are submitting this Joint Status Report to update the Court on the current status of the Mediation. In this regard, the Parties hereby report that as of the date hereof, the Mediation is still ongoing but the parties expect to know whether they are at an impasse by December 4, 2020 and in any event will report to the Court promptly as to the completion of the mediation.

Dated: November 28, 2020          COZEN O'CONNOR

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
1201 N. Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone: (302) 295-2023
Facsimile: (302) 250-4495
Email: tfrancella@cozen.com

*Counsel to the Debtors and*
*Debtors in Possession*