

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

SOMMER L. ROSS
DIRECT DIAL: +1 302 657 4951
PERSONAL FAX: +1 215 689 4943
*E-MAIL:* SLRoss@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

February 26, 2021

Hon. John T. Dorsey
U.S. Bankruptcy Court, District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE  19801

      Re:    <u>Case No. 16-12728 (JTD)</u>: NNN 400 Capitol Center 16, LLC, *et al*.; and <u>Adv. Pro. No. 18-50384 (JTD)</u>: NNN 400 Capitol Center 16, LLC, *et al.* v. Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Comm. 2006-C8 Commercial Mortgage Pass-Through Certificates, *et al*.

Dear Judge Dorsey,

      Regrettably, the ongoing mediation between the Debtors and the Secured Creditor before the Honorable Brendan L. Shannon has concluded without a resolution. We therefore respectfully request that the Court schedule a status conference in the Chapter 11 Case and the Adversary Proceeding at its earliest convenience.

      Specifically, the Secured Creditor and Lender Defendants would like to discuss briefing, hearing schedules, and other related matters for the motions identified below.[1]  A summary of each motion's procedural posture and our proposed next steps is also included.

---

[1] The briefing schedules for these motions were adjourned pending the mediation.  *See* Docket No. 704 (the "Adjournment Order").

Duane Morris

Hon. John T. Dorsey
February 26, 2021
Page 2

1. *Secured Creditor's Motion To Convert Chapter 11 Cases Or, In The Alternative, For Relief From The Automatic Stay* [Docket No. 675]:

    Procedural Posture: This motion was filed on October 13, 2020 and noticed for a hearing on November 12, 2020 with responses due on or before October 28, 2020. Secured Creditor granted the Debtors an extension to file their response. The Adjournment Order was entered prior to the Debtors filing that response.

    Proposed Next Step: Response and reply deadlines should be set and a hearing should be scheduled.

2. *Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to (A) Employ and Retain Force Ten Partners, LLC to Provide the Debtors with a Chief Restructuring Officer; (B) and Designate Jeremy Rosenthal as Chief Restructuring Officer; and (II) Granting Related Relief* [Docket No. 660]:

    Procedural Posture: This motion was filed on September 28, 2020. On October 5, 2020, the Debtors filed a related exhibit. *See* Docket No. 672. On October 23, 2020, the Secured Creditor filed an objection. *See* Docket No. 692. On November 4, 2020, the Adjournment Order was entered. On December 9, 2020, the Debtors re-noticed the motion. *See* Docket No. 714.

    Proposed Next Steps: A reply deadline should be set and a hearing should be scheduled.

3. *Lender Defendants' Motion for 28 U.S.C. § 1927 Sanctions Against Rubin & Rubin, P.A. and Its Attorneys Mark and Guy Rubin* [Docket No. 662; Adv. Docket No. 839] ("Lender Defendants' Motion for Sanctions"):

    Procedural Posture: This motion and Lender Defendants' Opening Brief in support [Docket No. 663; Adv. Docket No. 840] were filed on September 30, 2020. The motion was noticed for a hearing on November 12, 2020 with responses due on October 15, 2020. *See* Docket No. 665; Adv. Docket No. 841. On October 13, 2020, the Rubin Parties[2] filed the Rubin Motion to Extend seeking a 30 day extension of the October 15, 2020 response deadline (through November 16, 2020). On November 4, 2020 the Adjournment Order was entered. No response was filed on November 16, 2020.

---

[2] Rubin Parties include Rubin & Rubin, P.A. and its attorneys I. Mark Rubin and Guy Bennett Rubin.

DuaneMorris

Hon. John T. Dorsey
February 26, 2021
Page 3

      Proposed Next Steps: Response and reply deadlines should be set and a hearing should be scheduled.

4. *Rubin & Rubin, P.A., Mark Rubin and Guy Rubin's Motion to Extend Deadline to Respond to Lender Defendants' Motion for 28 U.S.C. § 1927 Sanctions Against Rubin & Rubin, P.A. and its Attorneys Mark and Guy Rubin* [Docket No. 674; Adversary Docket No. 851] ("Rubin Motion to Extend"):

    Procedural Posture: This motion was filed on October 13, 2020 and sought a 30-day extension of the October 15, 2020 deadline to respond to the Lender Defendants' Motion for Sanctions (*i.e.*, until November 16, 2020). The Rubin Motion to Extend was noticed for a hearing on November 12, 2020 with responses due on October 27, 2020. On October 27, 2020, the Lender Defendants filed a Statement in response asserting that the Lender Defendants did not object to the 30 day extension requested by the Rubin Parties but did object to any extension beyond November 16, 2020. *See* Docket No. 696; Adv. Docket No. 863. On November 4, 2020, the Adjournment Order was entered.

    Proposed Next Steps: None. This motion appears to be moot.

5. *George Smith Partners' Motion to Allow Administrative Claims Pursuant to 11 U.S.C. §§ 503(a) & (b) and 507(a)* [Docket No. 691]:

    Procedural Posture: This motion was filed on October 22, 2020 but was never noticed for a hearing. On November 4, 2020, the Adjournment Order was entered.

    Proposed Next Steps: The movant should advise the Court if it would like this motion noticed for a hearing. If so, a hearing should be scheduled and an objection and reply deadline should be set.

6. *Debtors' Motion to Extend the Deadline for the Debtors to Respond to Secured Creditor's Motion to Convert Chapter 11 Cases or, in the Alternative, for Relief from the Automatic Stay Pursuant to Rule 9006-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware* [Docket No. 699]:

    Procedural Posture: This motion was filed on November 2, 2020. On November 4, 2020, the Adjournment Order was entered.

    Proposed Next Steps: None. This motion appears to be moot.

DuaneMorris

Hon. John T. Dorsey
February 26, 2021
Page 4

      We thank the Court in advance for its attention to the remaining issues in the Chapter 11 Case and Adversary Proceeding and are available at Your Honor's convenience should the Court have any questions.

                                                    Respectfully,

                                                   */s/ Sommer L. Ross*

                                                   Sommer L. Ross

cc:     All counsel of record (via CM/ECF)
           Thomas J. Francella, Jr., Esq. (via electronic mail)
           Simon E. Fraser, Esq. (via electronic mail)
           John K. McDonald, Esq. (via electronic mail)
           Julia B. Klein, Esq. (via electronic mail)
           Laura Davis Jones, Esq. (via electronic mail)
           Timothy P. Cairns, Esq. (via electronic mail)
           Brett D. Fallon, Esq. (via electronic mail)
           Joshua R. Denton, Esq. (via electronic mail)
           Tonya J. Austin, Esq. (via electronic mail)
           Benjamin A Hackman, Esq. (via electronic mail)
           Linda Richenderfer, Esq. (via electronic mail)
           Lawrence J. Kotler, Esq. (via electronic mail)
           Paul E. Chronis, Esq. (via electronic mail)
           Elinor H. Murarova, Esq. (via electronic mail)
           Meagen E. Leary, Esq. (via electronic mail)