IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 case, converted from Chapter 11 |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1] | Case No. 16-12728 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

**FINAL REPORT OF DEBTORS AS DEBTORS IN POSSESSION
UPON CONVERSION OF CHAPTER 11 CASES TO CHAPTER 7
CASES PURSUANT TO BANKRUPTCY RULE 1019(5)**

NOTE: The Final Report must be filed with the Clerk of Bankruptcy Court through the Court's Electronic Case Filing (ECF) system within 30 days of conversion. Prepare and attach separate exhibits where necessary.

I.  **Cash**

(a) Cash balance on hand at date of conversion          $2,076,219.56[*]
                                                          $66,397.06

(unreconciled 3/19/2021)

(b) List the bank name and last four digits of account numbers where all of the cash held on conversion date was located.

BDK Financial          Operating          3887

BDK Financial          Escrow          3898

(c)  Is the cash balance on hand at conversion stated above subject to a security interest?          Unknown

---

[1] The debtors in these cases are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (JTD); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (JTD); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (JTD); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (JTD); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (JTD); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (JTD); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (JTD); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (JTD); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (JTD); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (JTD); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (JTD); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (JTD); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (JTD); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (JTD); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (JTD); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (JTD); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (JTD); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (JTD); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (JTD); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (JTD); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (JTD); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (JTD); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (JTD); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (JTD); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (JTD); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (JTD); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (JTD); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (JTD); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (JTD); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (JTD); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (JTD); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (JTD).

[*] There are additional monies being held in reserve accounts controlled by the Lender, but the Debtors are unaware of the exact amounts held in those accounts.

(f) If so, state the name and address of the secured creditor and the
    amount unpaid on the security agreement as of the date of
    conversion:

Name and Address of Secured Creditor                Amount Unpaid

_____                _____

_____                _____

Page 2, Final Report of NNN 400 CAPITOL CENTER 16, LLC,      Case #: 16-12728

**II. Accounts Receivable**

    (a) Total amount due the debtor from other entities or individuals
        on date the case was converted to a chapter 7 case.      $ <u>477,446.15</u>

    (b) Is the account receivable balance stated above subject to a security interest?
                                        <u>unknown</u>

    (c) If so, state the name and address of the secured creditor and the
        amount unpaid on the date of conversion on the security agreement:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| | |
| | |

    (d) Itemize below all accounts receivable due the debtor from other entities or individuals
        on the date that the case was converted to a chapter 7 case:

| Name and address of customer | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|
| Schedule A – attached hereto | | | |
| | | | |
| | | | |
| | | | |

**III. Accounts Payable**

    (a) Total unpaid debts incurred during chapter 11 case.      $ <u>2,670,142.01</u>

    (b) Itemize below all unpaid debts incurred during the chapter 11 case including
        unsecured debts, secured debts, taxes, wages, administrative expenses, etc, but not
        including any prepetition debts:

| Name and Address of unpaid creditors | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|
| Schedule B – attached hereto | | | |

Page 3, Final Report of NNN 400 CAPITOL CENTER 16, LLC,,     Case #: 16-12728

## III. Accounts Payable continued

| Name and Address of unpaid creditors | Kind of debt | Date incurred | Amount unpaid |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## IV. Date that Matrix of Unpaid Creditors during the Chapter 11 case was filed   _____

Not later than 14 days after conversion of the case, a schedule of unpaid debts is to be filed.  This schedule should be an appropriate matrix for mailing purposes containing the names and address of all unpaid entities since the commencement of the Chapter 11 case.

## V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

| Description of asset | Value scheduled in Schedules A and B | If disposed of, explain disposition | If retained, value on date of conversion |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## VI. New Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case. (Note: For individual debtors, this must include post-petition earnings. See 11 U.S.C. § 1115(a)(2)).

| Description of asset | Price paid for asset | If disposed of, explain disposition | If retained, value on date of conversion |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Page 4, Final Report of_____, Debtor    Case #: _____

## VII. Executory Contracts and Unexpired Leases

(a) <u>Rejected</u>: List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

(b) <u>New, assumed, or not rejected</u>: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

## VIII. Payments to Insiders during the course of the Chapter 11 pendency

| Name | Amount | Purpose |
|------|--------|---------|
| | | |
| | | |
| | | |

The Final Report above, consisting of four pages and_____exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _4/2/2021_    Signed: _Tiffany Martin_
Print name: _Tiffany Martin_
Title: _Senior Property Manager_

The debtor has reviewed this Final Report, consisting of four pages and_____exhibits and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _____    <u>Debtor</u>
Signed: _____
Print name: _____
Title: _____

Executed on: _____    <u>Co-debtor, if applicable</u>
Signed: _____
Print name: _____

4

# Schedule A
## Aged Receivable Detail

**Properties:** regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201
**Amount Receivable:** Exclude 0.00
**Tenant Status:** All
**As of:** 03/19/2021

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100 - Regions Bank** | | | | | | | | | |
| Regions Bank | 03/01/2021 | 4006-0000 | CAM Income | 199.82 | 199.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 199.82 | 199.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100-C1 - Franke's Inc** | | | | | | | | | |
| Franke's Inc | 10/01/2019 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 10/01/2019 | 4001-0000 | Rent | 1,165.28 | 1,165.28 | 0.00 | 0.00 | 0.00 | 1,165.28 |
| Franke's Inc | 10/11/2019 | 4007-0000 | Late Fee Income | 258.27 | 258.27 | 0.00 | 0.00 | 0.00 | 258.27 |
| Franke's Inc | 11/01/2019 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 11/01/2019 | 4001-0000 | Rent | 1,165.28 | 1,165.28 | 0.00 | 0.00 | 0.00 | 1,165.28 |
| Franke's Inc | 11/11/2019 | 4007-0000 | Late Fee Income | 458.27 | 458.27 | 0.00 | 0.00 | 0.00 | 1,165.78 |
| Franke's Inc | 12/01/2019 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 458.27 |
| Franke's Inc | 12/01/2019 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 12/01/2019 | 4001-0000 | Rent | 1,165.28 | 1,165.28 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 12/11/2019 | 4007-0000 | Late Fee Income | 258.27 | 258.27 | 0.00 | 0.00 | 0.00 | 1,165.28 |
| Franke's Inc | 01/01/2020 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 258.27 |
| Franke's Inc | 01/01/2020 | 4001-0000 | Rent | 1,165.28 | 1,165.28 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 01/11/2020 | 4007-0000 | Late Fee Income | 258.27 | 258.27 | 0.00 | 0.00 | 0.00 | 1,165.28 |
| Franke's Inc | 02/01/2020 | 4001-0000 | Rent | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 258.27 |
| Franke's Inc | 02/01/2020 | 4001-0000 | Rent | 1,165.28 | 1,165.28 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Franke's Inc | 02/11/2020 | 4007-0000 | Late Fee Income | 258.27 | 258.27 | 0.00 | 0.00 | 0.00 | 1,165.28 |
| | | | | | | | | | 258.27 |
| | | | | 27,317.75 | 27,317.75 | 0.00 | 0.00 | 0.00 | 27,317.75 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100-C2 - Flint's Home Cooking at the Regions Center** | | | | | | | | | |
| Flint's Home Cooking at the Regions Center | 07/01/2020 | 2138-0000 | Security Deposits | 1,425.00 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| Flint's Home Cooking at the Regions Center | 10/01/2020 | 4001-0000 | Rent | 1,425.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| Flint's Home Cooking at the Regions Center | 11/01/2020 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 1,425.00 |
| Flint's Home Cooking at the Regions Center | 11/06/2020 | 4007-0000 | Late Fee Income | 142.50 | 142.50 | 0.00 | 0.00 | 0.00 | 1,425.00 |
| Flint's Home Cooking at the Regions Center | 12/01/2020 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 142.50 |
| Flint's Home Cooking at the Regions Center | 12/01/2020 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 142.50 |
| Flint's Home Cooking at the Regions Center | 12/06/2020 | 4007-0000 | Late Fee Income | 142.50 | 142.50 | 0.00 | 0.00 | 0.00 | 1,425.00 |
| | | | | 142.50 | 142.50 | 0.00 | 0.00 | 0.00 | 142.50 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| Flint's Home Cooking at the Regions Center | 01/01/2021 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 0.00 | 0.00 | 1,425.00 | 0.00 |
| Flint's Home Cooking at the Regions Center | 01/06/2021 | 4007-0000 | Late Fee Income | 142.50 | 142.50 | 0.00 | 0.00 | 142.50 | 0.00 |
| Flint's Home Cooking at the Regions Center | 02/01/2021 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 0.00 | 1,425.00 | 0.00 | 0.00 |
| Flint's Home Cooking at the Regions Center | 02/06/2021 | 4007-0000 | Late Fee Income | 142.50 | 142.50 | 0.00 | 142.50 | 0.00 | 0.00 |
| Flint's Home Cooking at the Regions Center | 03/01/2021 | 4001-0000 | Rent | 1,425.00 | 1,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 |
| Flint's Home Cooking at the Regions Center | 03/06/2021 | 4007-0000 | Late Fee Income | 142.50 | 142.50 | 142.50 | 0.00 | 0.00 | 0.00 |
| | | | | 10,687.50 | 7,962.50 | 1,567.50 | 1,567.50 | 1,567.50 | 3,260.00 |

**regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100A - Revival Coffee, LLC**

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| Revival Coffee, LLC | 06/01/2020 | 4001-0000 | Rent | 1,144.00 | 946.00 | 0.00 | 0.00 | 0.00 | 946.00 |
| Revival Coffee, LLC | 07/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 08/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 09/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 10/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 11/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 11/06/2020 | 4007-0000 | Late Fee Income | 114.40 | 114.40 | 0.00 | 0.00 | 0.00 | 114.40 |
| Revival Coffee, LLC | 12/01/2020 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 0.00 | 1,144.00 |
| Revival Coffee, LLC | 12/06/2020 | 4007-0000 | Late Fee Income | 114.40 | 114.40 | 0.00 | 0.00 | 0.00 | 114.40 |
| Revival Coffee, LLC | 01/01/2021 | 4001-0000 | Rent | 1,144.00 | 1,144.00 | 0.00 | 0.00 | 1,144.00 | 0.00 |
| Revival Coffee, LLC | 01/06/2021 | 4007-0000 | Late Fee Income | 114.40 | 114.40 | 0.00 | 0.00 | 114.40 | 0.00 |
| Revival Coffee, LLC | 02/01/2021 | 4001-0000 | Rent | 1,178.32 | 1,178.32 | 0.00 | 1,178.32 | 0.00 | 0.00 |
| Revival Coffee, LLC | 02/05/2021 | 4007-0000 | Late Fee Income | 117.84 | 117.84 | 0.00 | 117.84 | 0.00 | 0.00 |
| Revival Coffee, LLC | 03/01/2021 | 4001-0000 | Rent | 1,178.32 | 1,178.32 | 1,178.32 | 0.00 | 0.00 | 0.00 |
| Revival Coffee, LLC | 03/05/2021 | 4007-0000 | Late Fee Income | 117.84 | 117.84 | 117.84 | 0.00 | 0.00 | 0.00 |
| | | | | 12,087.52 | 11,889.52 | 1,296.16 | 1,296.16 | 1,258.40 | 8,038.80 |

**regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100B - W. Lyn Fruchey**

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| W. Lyn Fruchey | 12/01/2020 | 4001-0000 | Rent | 1,828.30 | 0.90 | 0.00 | 0.00 | 0.00 | 0.90 |
| W. Lyn Fruchey | 01/01/2021 | 4001-0000 | Rent | 1,828.30 | 1,828.30 | 0.00 | 0.00 | 1,828.30 | 0.00 |
| W. Lyn Fruchey | 02/01/2021 | 4001-0000 | Rent | 1,828.30 | 1,828.30 | 0.00 | 1,828.30 | 0.00 | 0.00 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| W. Lyn Fruchey | 03/01/2021 | 4001-0000 | Rent | 1,828.30 | 1,828.30 | 1,828.30 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0100D -- Bill Dickenson, Ben Dickenson & Ray Dominguez/Morrisons & Associates** | | | | 7,313.20 | 5,485.80 | 1,828.30 | 0.00 | 0.00 | 0.90 |
| Bill Dickenson, Ben Dickenson & Ray Dominquez/Morrisons & Associates | 02/01/2021 | 4001-0000 | Rent | 945.00 | 945.00 | 0.00 | 945.00 | 0.00 | 0.00 |
| Bill Dickenson, Ben Dickenson & Ray Dominquez/Morrisons & Associates | 03/01/2021 | 4001-0000 | Rent | 945.00 | 945.00 | 945.00 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0101 - Kiski Legal, LLC** | | | | 1,890.00 | 1,890.00 | 945.00 | 945.00 | 0.00 | 0.00 |
| Kiski Legal, LLC | 05/01/2020 | 4001-0000 | Rent | 4,198.43 | 2,703.21 | 0.00 | 0.00 | 0.00 | 2,703.21 |
| Kiski Legal, LLC | 10/01/2020 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 0.00 | 0.00 | 0.00 | 4,198.43 |
| Kiski Legal, LLC | 11/01/2020 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 0.00 | 0.00 | 0.00 | 4,198.43 |
| Kiski Legal, LLC | 12/01/2020 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 0.00 | 0.00 | 0.00 | 4,198.43 |
| Kiski Legal, LLC | 01/01/2021 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 0.00 | 0.00 | 4,198.43 | 0.00 |
| Kiski Legal, LLC | 02/01/2021 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 0.00 | 4,198.43 | 0.00 | 0.00 |
| Kiski Legal, LLC | 03/01/2021 | 4001-0000 | Rent | 4,198.43 | 4,198.43 | 4,198.43 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0105A,2000,2100,2200,2300,STORAGE4 - Twentieth Floor Corporation** | | | | 29,388.01 | 27,893.79 | 4,198.43 | 4,198.43 | 4,198.43 | 15,298.50 |
| Twentieth Floor Corporation | 03/01/2021 | 4001-0000 | Rent | 14,499.96 | 3,940.12 | 3,940.12 | 0.00 | 0.00 | 0.00 |
| Twentieth Floor Corporation | 03/01/2021 | 4014-0000 | Storage Income | 439.91 | 439.91 | 439.91 | 0.00 | 0.00 | 0.00 |
| Twentieth Floor Corporation | 03/11/2021 | 4007-0000 | Late Fee Income | 22.00 | 22.00 | 22.00 | 0.00 | 0.00 | 0.00 |
| Twentieth Floor Corporation | 03/11/2021 | 4007-0000 | Late Fee Income | 197.01 | 197.01 | 197.01 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0116A,2400 - Anderson, Murphy & Hopkins, LLP** | | | | 15,158.88 | 4,599.04 | 4,599.04 | 0.00 | 0.00 | 0.00 |
| Anderson, Murphy & Hopkins, LLP | 03/11/2021 | 4007-0000 | Late Fee Income | 1,519.51 | 1,519.51 | 1,519.51 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0200 - Regions Bank** | | | | 1,519.51 | 1,519.51 | 1,519.51 | 0.00 | 0.00 | 0.00 |
| Regions Bank | 03/01/2021 | 4001-0000 | Rent | 48,050.57 | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0303 - Club Fit, Inc.** | | | | | | | | | |
| Club Fit, Inc. | 06/30/2019 | 5333-0000 | Security-Protection Equipment and Maint Supply Recovery MS | 3,142.41 | 1,766.00 | 0.00 | 0.00 | 0.00 | 1,766.00 |
| Club Fit, Inc. | 07/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 08/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 09/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 10/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 11/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 12/01/2019 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 01/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 02/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 03/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 04/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 05/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 06/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 07/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 08/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 09/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 10/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 11/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 12/01/2020 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Club Fit, Inc. | 01/01/2021 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 |
| Club Fit, Inc. | 02/01/2021 | 4001-0000 | Rent | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 |
| Club Fit, Inc. | 03/01/2021 | 4001-0000 | Rent | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,163.41 | 1,787.00 | 1.00 | 1.00 | 1.00 | 1,784.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 0500 - Regions Bank** | | | | | | | | | |
| Regions Bank | 03/01/2021 | 4001-0000 | Rent | 20,028.98 | 0.90 | 0.90 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1215 - GDH Consulting, Inc.** | | | | | | | | | |
| GDH Consulting, Inc. | 02/01/2021 | 4001-0000 | Rent | 1,558.73 | 873.64 | 0.00 | 873.64 | 0.00 | 0.00 |
| GDH Consulting, Inc. | 02/11/2021 | 4007-0000 | Late Fee Income | 77.94 | 77.94 | 0.00 | 77.94 | 0.00 | 0.00 |
| GDH Consulting, Inc. | 03/01/2021 | 4001-0000 | Rent | 1,558.73 | 1,558.73 | 1,558.73 | 0.00 | 0.00 | 0.00 |
| GDH Consulting, Inc. | 03/11/2021 | 4007-0000 | Late Fee Income | 77.94 | 77.94 | 77.94 | 0.00 | 0.00 | 0.00 |
| | | | | 3,273.34 | 2,588.25 | 1,636.67 | 951.58 | 0.00 | 0.00 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1242 - Skye Benefits** | | | | | | | | | |
| Skye Benefits | 05/30/2019 | 4040-0000 | Termination Fees | 2,018.48 | 2,018.48 | 0.00 | 0.00 | 0.00 | 2,018.48 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1250 - Whelan Security Co.** | | | | | | | | | |
| Whelan Security Co. | 02/01/2021 | 4001-0000 | Rent | 2,014.60 | 302.19 | 0.00 | 302.19 | 0.00 | 0.00 |
| Whelan Security Co. | 02/11/2021 | 4007-0000 | Late Fee Income | 100.73 | 100.73 | 0.00 | 100.73 | 0.00 | 0.00 |
| Whelan Security Co. | 03/01/2021 | 4001-0000 | Rent | 2,014.60 | 2,014.60 | 2,014.60 | 0.00 | 0.00 | 0.00 |
| Whelan Security Co. | 03/11/2021 | 4007-0000 | Late Fee Income | 100.73 | 100.73 | 100.73 | 0.00 | 0.00 | 0.00 |
| | | | | 4,230.66 | 2,518.25 | 2,115.33 | 402.92 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1275 - Change Center for Health, Inc.** | | | | | | | | | |
| Change Center for Health, Inc. | 02/01/2021 | 2138-0000 | Security Deposits | 1,190.00 | 1,190.00 | 0.00 | 1,190.00 | 0.00 | 0.00 |
| Change Center for Health, Inc. | 02/11/2021 | 4007-0000 | Late Fee Income | 119.00 | 119.00 | 0.00 | 119.00 | 0.00 | 0.00 |
| Change Center for Health, Inc. | 03/01/2021 | 4001-0000 | Rent | 1,190.00 | 1,190.00 | 1,190.00 | 0.00 | 0.00 | 0.00 |
| Change Center for Health, Inc. | 03/11/2021 | 4007-0000 | Late Fee Income | 119.00 | 119.00 | 119.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,618.00 | 2,618.00 | 1,309.00 | 1,309.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1300 - CBRE** | | | | | | | | | |
| CBRE | 03/01/2021 | 4001-0000 | Rent | 2,529.95 | 759.00 | 759.00 | 0.00 | 0.00 | 0.00 |
| CBRE | 03/11/2021 | 4007-0000 | Late Fee Income | 253.00 | 253.00 | 253.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,782.95 | 1,012.00 | 1,012.00 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1321 - Arkansas Anti-Aging P.A.** | | | | | | | | | |
| Arkansas Anti-Aging P.A. | 03/01/2021 | 4001-0000 | Rent | 1,702.83 | 50.08 | 50.08 | 0.00 | 0.00 | 0.00 |
| Arkansas Anti-Aging P.A. | 03/11/2021 | 4007-0000 | Late Fee Income | 2.51 | 2.51 | 2.51 | 0.00 | 0.00 | 0.00 |
| | | | | 1,705.34 | 52.59 | 52.59 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1394 - Conway Management Investments, LLC** | | | | | | | | | |
| Conway Management Investments, LLC | 03/01/2021 | 4001-0000 | Rent | 4,226.22 | 68.56 | 68.56 | 0.00 | 0.00 | 0.00 |
| Conway Management Investments, LLC | 03/11/2021 | 4007-0000 | Late Fee Income | 422.63 | 422.63 | 422.63 | 0.00 | 0.00 | 0.00 |
| | | | | 4,648.85 | 491.19 | 491.19 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1400,1500 - Wilson & Associates, PLLC** | | | | | | | | | |
| Wilson & Associates, PLLC | 12/01/2020 | 4001-0000 | Rent | 39,074.23 | 39,074.23 | 0.00 | 0.00 | 0.00 | 39,074.23 |
| | | | | 39,074.23 | 39,074.23 | 0.00 | 0.00 | 0.00 | 39,074.23 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| Wilson & Associates, PLLC | 01/01/2021 | 4001-0000 | Rent | 39,074.23 | 39,074.23 | 0.00 | 0.00 | 39,074.23 | 0.00 |
| Wilson & Associates, PLLC | 02/01/2021 | 4001-0000 | Rent | 39,074.23 | 39,074.23 | 0.00 | 39,074.23 | 0.00 | 0.00 |
| Wilson & Associates, PLLC | 03/01/2021 | 4001-0000 | Rent | 39,074.23 | 39,074.23 | 39,074.23 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1600,1601,1607,1624 - Washington Barber College, Inc.** | | | | 156,296.92 | 156,296.92 | 39,074.23 | 39,074.23 | 39,074.23 | 39,074.23 |
| Washington Barber College, Inc. | 06/30/2019 | 4001-0000 | Rent | 26,278.00 | 26,278.00 | 0.00 | 0.00 | 0.00 | 26,278.00 |
| *(subtotal)* | | | | 26,278.00 | 26,278.00 | 0.00 | 0.00 | 0.00 | 26,278.00 |
| The Design Group | 02/01/2021 | 4001-0000 | Rent | 4,934.58 | 4,934.58 | 0.00 | 4,934.58 | 0.00 | 0.00 |
| The Design Group | 03/01/2021 | 4001-0000 | Rent | 4,934.58 | 4,934.58 | 4,934.58 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1801,1802 - The Design Group** | | | | 9,869.16 | 9,869.16 | 4,934.58 | 4,934.58 | 0.00 | 0.00 |
| G & G Hospitality, LLC | 02/01/2021 | 4001-0000 | Rent | 2,006.00 | 391.42 | 0.00 | 391.42 | 0.00 | 0.00 |
| G & G Hospitality, LLC | 02/11/2021 | 4007-0000 | Late Fee Income | 200.60 | 200.60 | 0.00 | 200.60 | 0.00 | 0.00 |
| G & G Hospitality, LLC | 03/01/2021 | 4001-0000 | Rent | 2,006.00 | 2,006.00 | 2,006.00 | 0.00 | 0.00 | 0.00 |
| G & G Hospitality, LLC | 03/11/2021 | 4007-0000 | Late Fee Income | 200.60 | 200.60 | 200.60 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 1803 - G & G Hospitality, LLC** | | | | 4,413.20 | 2,798.62 | 2,206.60 | 592.02 | 0.00 | 0.00 |
| Spectra7 Microsystems | 02/01/2021 | 4001-0000 | Rent | 4,406.15 | 1,532.85 | 0.00 | 1,532.85 | 0.00 | 0.00 |
| Spectra7 Microsystems | 02/11/2021 | 4007-0000 | Late Fee Income | 440.62 | 440.62 | 0.00 | 440.62 | 0.00 | 0.00 |
| Spectra7 Microsystems | 03/01/2021 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 |
| Spectra7 Microsystems | 03/11/2021 | 4007-0000 | Late Fee Income | 440.62 | 440.62 | 440.62 | 0.00 | 0.00 | 0.00 |
| Spectra7 Microsystems | 04/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 05/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 06/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 07/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 08/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 09/01/2020 | 4001-0000 | Rent | 4,406.15 | 4,406.15 | 0.00 | 0.00 | 0.00 | 4,406.15 |
| Spectra7 Microsystems | 09/29/2020 | 4014-0000 | Storage Income | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Spectra7 Microsystems | 09/29/2020 | 4007-0000 | Late Fee Income | 1,321.86 | 1,321.86 | 0.00 | 0.00 | 0.00 | 1,321.86 |
| **regbdg - Regions Center 400 W. Capitol Ave, Little Rock, AR 72201 - Unit 2380 - Spectra7 Microsystems** | | | | 38,952.30 | 36,079.00 | 4,846.77 | 1,973.47 | 0.00 | 29,258.76 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2690, 2692 - Wilson Carroll Research Services LLC** | | | | | | | | | |
| Wilson Carroll Research Services LLC | 01/01/2021 | 4001-0000 | Rent | 7,388.83 | 7,388.83 | 0.00 | 0.00 | 7,388.83 | 0.00 |
| Wilson Carroll Research Services LLC | 01/06/2021 | 4007-0000 | Late Fee Income | 738.89 | 738.89 | 0.00 | 0.00 | 738.89 | 0.00 |
| Wilson Carroll Research Services LLC | 02/01/2021 | 4001-0000 | Rent | 7,388.83 | 7,388.83 | 0.00 | 7,388.83 | 0.00 | 0.00 |
| Wilson Carroll Research Services LLC | 02/06/2021 | 4007-0000 | Late Fee Income | 738.89 | 738.89 | 0.00 | 738.89 | 0.00 | 0.00 |
| Wilson Carroll Research Services LLC | 03/01/2021 | 4001-0000 | Rent | 7,388.83 | 7,388.83 | 7,388.83 | 0.00 | 0.00 | 0.00 |
| Wilson Carroll Research Services LLC | 03/05/2021 | 4007-0000 | Late Fee Income | 738.89 | 738.89 | 738.89 | 0.00 | 0.00 | 0.00 |
| | | | | 24,383.16 | 24,383.16 | 8,127.72 | 8,127.72 | 8,127.72 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2850,2891 - Matthew White** | | | | | | | | | |
| Matthew White | 03/01/2021 | 4001-0000 | Rent | 6,035.00 | 3,834.10 | 3,834.10 | 0.00 | 0.00 | 0.00 |
| | | | | 6,035.00 | 3,834.10 | 3,834.10 | 0.00 | 0.00 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2878 - Airfirst, Inc.** | | | | | | | | | |
| Airfirst, Inc. | 01/01/2021 | 4001-0000 | Rent | 6,335.88 | 5,625.86 | 0.00 | 0.00 | 5,625.86 | 0.00 |
| Airfirst, Inc. | 01/11/2021 | 4007-0000 | Late Fee Income | 281.30 | 281.30 | 0.00 | 0.00 | 281.30 | 0.00 |
| Airfirst, Inc. | 02/01/2021 | 4001-0000 | Rent | 6,335.88 | 6,335.88 | 0.00 | 6,335.88 | 0.00 | 0.00 |
| Airfirst, Inc. | 02/11/2021 | 4007-0000 | Late Fee Income | 612.16 | 612.16 | 0.00 | 612.16 | 0.00 | 0.00 |
| Airfirst, Inc. | 03/01/2021 | 4001-0000 | Rent | 6,335.88 | 6,335.88 | 6,335.88 | 0.00 | 0.00 | 0.00 |
| Airfirst, Inc. | 03/11/2021 | 4007-0000 | Late Fee Income | 914.89 | 914.89 | 914.89 | 0.00 | 0.00 | 0.00 |
| | | | | 20,815.99 | 20,105.97 | 7,250.77 | 6,948.04 | 5,907.16 | 0.00 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2910 - Steel, Wright, Gray PLLC** | | | | | | | | | |
| Steel, Wright, Gray PLLC | 04/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 05/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 06/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 07/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 08/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 09/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 10/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 11/01/2020 | 4001-0000 | Rent | 5,663.06 | 5,663.06 | 0.00 | 0.00 | 0.00 | 5,663.06 |
| Steel, Wright, Gray PLLC | 11/11/2020 | 4007-0000 | Late Fee Income | 283.16 | 283.16 | 0.00 | 0.00 | 0.00 | 283.16 |
| | | | | 45,587.64 | 45,587.64 | 0.00 | 0.00 | 0.00 | 45,587.64 |

# Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2911 - Steel, Wright & Collier, PLLC** | | | | | | | | | |
| Steel, Wright & Collier, PLLC | 11/01/2020 | 4001-0000 | Rent | 2,847.31 | 1,432.72 | 0.00 | 0.00 | 0.00 | 1,432.72 |
| Steel, Wright & Collier, PLLC | 11/11/2020 | 4007-0000 | Late Fee Income | 284.74 | 5.57 | 0.00 | 0.00 | 0.00 | 5.57 |
| Steel, Wright & Collier, PLLC | 12/01/2020 | 4001-0000 | Rent | 2,847.31 | 2,847.31 | 0.00 | 0.00 | 0.00 | 2,847.31 |
| Steel, Wright & Collier, PLLC | 12/11/2020 | 4007-0000 | Late Fee Income | 284.74 | 284.74 | 0.00 | 0.00 | 0.00 | 284.74 |
| Steel, Wright & Collier, PLLC | 01/01/2021 | 4001-0000 | Rent | 2,847.31 | 2,847.31 | 0.00 | 0.00 | 2,847.31 | 0.00 |
| Steel, Wright & Collier, PLLC | 01/11/2021 | 4007-0000 | Late Fee Income | 284.74 | 284.74 | 0.00 | 0.00 | 284.74 | 0.00 |
| Steel, Wright & Collier, PLLC | 02/01/2021 | 4001-0000 | Rent | 2,847.31 | 2,847.31 | 2,847.31 | 0.00 | 0.00 | 0.00 |
| Steel, Wright & Collier, PLLC | 02/11/2021 | 4007-0000 | Late Fee Income | 284.74 | 284.74 | 284.74 | 0.00 | 0.00 | 0.00 |
| Steel, Wright & Collier, PLLC | 03/01/2021 | 4001-0000 | Rent | 2,847.31 | 2,847.31 | 2,847.31 | 0.00 | 0.00 | 0.00 |
| Steel, Wright & Collier, PLLC | 03/11/2021 | 4007-0000 | Late Fee Income | 284.74 | 284.74 | 284.74 | 0.00 | 0.00 | 0.00 |
| | | | | 15,660.25 | 13,966.49 | 3,132.05 | 3,132.05 | 3,132.05 | 4,570.34 |
| **regbdg - Regions Center 400 W. Capitol Ave. Little Rock, AR 72201 - Unit 2940 - Bradford Media Group, LLC** | | | | | | | | | |
| Bradford Media Group, LLC | 04/01/2020 | 4001-0000 | Rent | 2,924.37 | 1,881.10 | 0.00 | 0.00 | 0.00 | 1,881.10 |
| Bradford Media Group, LLC | 05/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 06/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 07/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 08/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 09/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 10/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 11/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |

## Aged Receivable Detail

| Payer Name | Charge Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| Bradford Media Group, LLC | 11/11/2020 | 4007-0000 | Late Fee Income | 292.44 | 292.44 | 0.00 | 0.00 | 0.00 | 292.44 |
| Bradford Media Group, LLC | 12/01/2020 | 4001-0000 | Rent | 2,924.37 | 2,924.37 | 0.00 | 0.00 | 0.00 | 2,924.37 |
| Bradford Media Group, LLC | 12/11/2020 | 4007-0000 | Late Fee Income | 292.44 | 292.44 | 0.00 | 0.00 | 0.00 | 292.44 |
| Bradford Media Group, LLC | 01/01/2021 | 4001-0000 | Rent | 3,103.56 | 3,103.56 | 0.00 | 0.00 | 3,103.56 | 0.00 |
| Bradford Media Group, LLC | 01/11/2021 | 4007-0000 | Late Fee Income | 310.36 | 310.36 | 0.00 | 0.00 | 310.36 | 0.00 |
| Bradford Media Group, LLC | 02/01/2021 | 4001-0000 | Rent | 3,103.56 | 3,103.56 | 0.00 | 3,103.56 | 0.00 | 0.00 |
| Bradford Media Group, LLC | 02/11/2021 | 4007-0000 | Late Fee Income | 310.36 | 310.36 | 0.00 | 310.36 | 0.00 | 0.00 |
| Bradford Media Group, LLC | 03/01/2021 | 4001-0000 | Rent | 3,103.56 | 3,103.56 | 3,103.56 | 0.00 | 0.00 | 0.00 |
| Bradford Media Group, LLC | 03/11/2021 | 4007-0000 | Late Fee Income | 310.36 | 310.36 | 310.36 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | 37,145.97 | 36,102.70 | 3,413.92 | 3,413.92 | 3,413.92 | 25,860.94 |
| **Total** | | | | 585,302.60 | 477,446.15 | 95,046.41 | 78,722.45 | 68,508.71 | 235,168.58 |

# Schedule B

## Accounts Payable Detail Report

Properties: reg0dg - Regions Center 400 W. Capitol Ave, Little Rock, AR 72201

Payment Type: All
GL Accounts: All
Bill Status: Unpaid
Date Range: 04/01/2020 to 04/30/2021
Show Reversed Transactions: No

| Reference | Bill Date | Due Date | Account | Payee Name | Paid | Unpaid | Description |
|---|---|---|---|---|---|---|---|
| **ARCA Register, Inc.** | | | | | | | |
| 01-2-2825 | 03/04/2021 | 03/04/2021 | 5286-0000 - Plumbing CM | Arkansas Rooter, Inc | 0.00 | 150.00 | 03/22 Ref #: floor drain in Mech Room Cleared head |
| **ATT** | | | | | | | |
| 3971257179-0421-UNPAT | 03/09/2021 | 04/07/2021 | 5410-0000 - Internet Service US | ATT | 0.00 | 159.20 | UAF8 0421 UNPAT |
| **Central Arkansas Water dba Utility Billing Services** | | | | | | | |
| 501-0471-800-0321-UNPAT | 03/12/2021 | 03/31/2021 | 5427-0000 - Water and Sewer US | Central Arkansas Water dba Utility Billing Servs | 0.00 | 822.24 | 1175 0321 |
| **Compass Group** | | | | | | | |
| 9020-00/Silver-Sidewalk-3-1-21 | 01/25/2020 | 02/01/2021 | 5248-0000 - Skywalk Maintenance | Callers Arkansas Inc tbt BCIBS | 0.00 | 403.36 Skywalk maintenance Feb 2021 |
| 9020-00/Silver-Sidewalk-0421 | 03/05/2021 | 04/01/2021 | 5248-0000 - Skywalk Maintenance | Callers Arkansas Inc tbt BCIBS | 0.00 | 393.00 |
| | 04/01/2021 | 04/01/2021 | 5248-0000 - Skywalk Maintenance | Callers Arkansas Inc tbt BCIBS | 0.00 | 393.00 Skywalk |
| | | | | | **0.00** | **1,189.00** |
| **Curtex** | | | | | | | |
| 2053 | 01/31/2020 | 01/01/2020 | | Compass Group | 0.00 | 5,478.30 Test #1 |
| | 01/31/2020 | 01/01/2020 | | Compass Group | 0.00 | 2,700.00 Test # 9 |
| | | | | | | **8,178.30** |
| **ADMIN** | | | | | | | |
| | 03/16/2021 | 03/16/2021 | Legal Fees | Cohen O Connor | 0.00 | 2,400,000.00 Legal Fees Subject to change unless Cohen o'Connor Resig. Second and Final Fee Application |
| | | | | | | **2,400,000.00** |
| **D & N Construction** | | | | | | | |
| 2140-1 | 03/24/2021 | 04/23/2021 | 5204-0000 - Building Repairs and Maintenance CM | D & N Construction | 0.00 | 2,889.00 Labor and Materials for 12th floor HE size remodel completed 2/19-03/15 |
| 2140-1 | 03/24/2021 | 04/23/2021 | 5204-0000 - Building Repairs and Maintenance CM | D & N Construction | 0.00 | 5,238.00 Labor and Materials for Regions Tower 13th Floor Suite 1361 - completed 02/16-03/15 |
| | | | | | **0.00** | **8,127.00** |
| **Entergy** | | | | | | | |
| 54955540 0321 UNAT | 03/12/2021 | 04/02/2021 | 5401-0000 - Electricity US | Entergy | 0.00 | 89,233.47 0321 UNAT |
| | | | | | | **89,233.47** 0205 UNAT |
| **Flooom Field by RHR Inc.** | | | | | | | |
| 9604 | 04/15/2021 | 03/16/2021 | 5206-0000 - Carpet and Flooring Supplies MS | Flooor Field by RHR Inc | 0.00 | 1,377.32 7(5 sq ft Armstrong Parallel 20C vinyl plank |
| | | | | | | **1,377.32** |
| **Laddaw, Inc.** | | | | | | | |
| 12341 | 03/18/2021 | 03/26/2021 | 5317-0000 - Janitorial Supplies MS | Laddaw, Inc. | 0.00 | 6,023.50 cleaning and building supplies |
| 12381 | 03/26/2021 | 04/06/2021 | 5204-0000 - Janitorial CM | Laddaw, Inc | 0.00 | 39,014.29 March Custodial Services |
| | | | | | **0.00** | **45,037.79** |
| **LeafScape Botanical Design & Care** | | | | | | | |
| 150500 | 03/31/2021 | 03/31/2021 | 5205-0000 - Plant Services CM | LeafScape Botanical Design & Care | 0.00 | 23.00 Quarterly inspection/Maintenance of Moss Wall |
| 150500 | 03/31/2021 | 03/31/2021 | 5226-0000 - Plant Services CM | LeafScape Botanical Design & Care | 0.00 | 650.75 04/2021 Monthly Professional Horticultural Services Exterior to 2nd & 3rd floor |
| | | | | | **0.00** | **688.75** |
| **MTEH, LLC** | | | | | | | |
| 11-16-12752 | 01/08/2021 | 01/08/2021 | 5510-0000 - Trans Expenses AS | MTEH, LLC | 0.00 | 858.00 Cielo Ashmo - J Martin |
| 11-16-12753 / Martin | 04/00/2020 | 04/15/2020 | 6410-0001 - Leasing Commissions | MTEH, LLC | 0.00 | 1,457.22 Lease Fee-DHcat05 Communications 316/(109-12/31/20 |
| Lease # Fee-DHcat05 Commune | 04/16/2020 | 04/15/2020 | 6410-0001 - Leasing Commissions | MTEH, LLC | 0.00 | 33,271.63 Lease Fee-American Hrakin CAR AR 04/01/20-03/31/23 |
| Lease Fee-Lighthouse France | 04/00/2020 | 04/16/2020 | 6410-0001 - Leasing Commissions | MTEH, LLC | 0.00 | 1,697.13 Lease Fee-Lighthouse Commission Solutions Inc 44/01/20-03/31/25 |
| Lease Fee-Lighthouse Coffee | 06/12/2020 | 06/12/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 549.12 Lease # Fee-Hewitt Coffee LLC 02/01/20-01/31/23 |
| Lease # Fee-James Fleet France | 11/02/2020 | 06/12/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 6,558.64 Lease # Fee-Caustic LLP 10/01/20-09/30/21 |
| Lease # Fee-the Deloitte LLP | 11/02/2020 | 11/02/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 9,367.96 Lease # Fee-the Cloverleaf LLC - 36 months |
| Lease # Fee-the Cloverleaf LL | 11/02/2020 | 11/02/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | **32,822.58** |
| **Office of the U.S. Trustee** | | | | | | | |
| 11-116-12752 | 01/08/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-117-12737 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12744 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12732 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12733 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12736 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12734-0421 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12753 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-161-12753 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12754 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |
| 11-116-12748 | 01/06/2021 | 01/06/2021 | 6205-1000 - Non-Building Compliance and Reg Fees w/ Office of the U.S Trustee | | 0.00 | 650.00 quarterly fees |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 111-16-12749 | 01/06/2021 | 01/06/2021 | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | Powers of Arkansas, Inc. | 0.00 | 650.00 quarterly fees |
| 111-16-12750 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12753 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-17-12754 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-17-12755 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12748 (2021) | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12747-4221 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12748 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12728-0021 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12741 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12742 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12739 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12731 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12736-0227 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-15-12733 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12737 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12732 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12735 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111-16-12756 | 01/06/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111171253 | 03/21/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| 111171251 | 03/21/2021 | | 6205-1000 | Non-Building Compliance and Real Fees N/ Office of the U.S. Trustee | | 0.00 | 650.00 quarterly fees |
| Powers of Arkansas, Inc. | | | | | | 0.00 | 18,900.00 |
| 73.160 | 03/01/2021 | 03/26/2021 | 5222-6000 – HVAC CM | | Quantibaum, Grooms, Tull & Burrow | 0.60 | 99.74 Order repair 01/14/2021 |
| QuantineBaum, Grooms, Tull & Burrow | | | | | | | |
| 2023-389347.42 | 06/16/2020 | 06/16/2020 | 5550-0000 – Legal Fees AS | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 2,420.00 Telephone conferences |
| 2023-389348.48 | 07/27/2020 | 07/27/2020 | 1555-0000 – Legal Fees AS | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 2,556.00 Regions Building |
| 2023-3490504.41 | 11/30/2020 | 09/07/2020 | 1556-0000 – Legal Fees AS | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 1,000.00 Drafted email and reviewed and revised documents |
| 2023-393948.51 | 11/30/2020 | 10/14/2020 | 5500-0000 – Legal Fees AS | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 324.00 Regions Building |
| 2023-393949.53 | 01/14/2021 | 11/12/2020 | 5550-0000 – Legal Fees AS | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 720.00 Legal Fees(Accrued No.2021-04250,Bankruptcy Appraisal for Regions Building) |
| 2423-199494 | 02/10/2021 | 01/19/2021 | 5550-0000 – Legal Fees | | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 7,100.00 Legal Fees |
| | | | | | | 0.00 | 3,332.25 Professional Legal Services |
| Quattlebaum, Grooms, Tull & Burrow | | | | | | 0.00 | 13,821.75 |
| 575642 | 01/16/2021 | 04/18/2021 | 5500-0000 – Security Services CM | | Whelan Security Co dba GardaWorld Security Services | 0.00 | 2,476,442.01 |
| Whelan Security Co dba GardaWorld Security Services | 01/16/2021 | 04/18/2021 | 5546-0000 – Security Services CM | | Whelan Security Co dba GardaWorld Security | 0.00 | 2,476,442.01 |
| **Total** | | | | | | **0.00** | **2,476,442.01** |

* This is a pass through expense for Moses Tucker

* This is all the invoices received to date. There may be additional ones