IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1] | Case No. 16-12728 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF FILING OF AMENDED SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that on March 18, 2021, the Court entered, in the chapter 11 cases of the above jointly administered debtors (the "Debtors"), the *Order (I) Converting the Debtors Chapter 11 Cases to Cases Under Chapter 7, and (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications* [Docket No. 719] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit their amended schedule of unpaid debts incurred from the petition dates of December 9, 2016 and June 5, 2017, respectively, through the conversion date of March 18, 2021, which is attached hereto as Exhibit A (the "Schedule").

---

[1] The debtors in these cases are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (JTD); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (JTD); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (JTD); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (JTD); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (JTD); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (JTD); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (JTD); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (JTD); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (JTD); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (JTD); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (JTD); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (JTD); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (JTD); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (JTD); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (JTD); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (JTD); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (JTD); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (JTD); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (JTD); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (JTD); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (JTD); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (JTD); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (JTD); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (JTD); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (JTD); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (JTD); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (JTD); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (JTD); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (JTD); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (JTD); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (JTD); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (JTD).

25762274.1

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is

intended or shall be deemed to (i) constitute an admission as to the validity of any debt

or (ii) impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors

and their estate with respect to the debts listed therein.

Dated:  April 12, 2021

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq. (DE No. 3835)
COZEN O'CONNOR
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000 / Fax:  (302) 250-4495
Email: tfrancella@cozen.com

*Counsel to the Debtors*

## Exhibit A

**Amended Schedule of Unpaid Postpetition Debts**

25762274.1

## Accounts Payable Detail Report
Exported On: 04/01/2021 12:41 PM

Properties: regbdg - Regions Center 400 W. Capitol Ave, Little Rock, AR 72201
Payees: All
Payment Type: All
GL Accounts: All
Date: All
Bill Status: Unpaid
Date Type: Bill Date
Date Range: 04/01/2020 to 04/01/2021
Show Reversed Transactions: No

| Reference | Bill Date | Due Date | Account | Payee Name | Paid | Unpaid | Description |
|---|---|---|---|---|---|---|---|
| **400 West Capitol Trust** | | | | | | | |
| | 01/31/2021 | 01/31/2021 | Judgement | 400 West Capitol Trust | 0.00 | 4,029,608.67 | Fees |
| | 01/31/2021 | 01/31/2021 | Judgement | 400 West Capitol Trust | | 94,455.84 | Costs |
| | | | | | | 4,124,064.51 | |
| **Arkansas Rooter, Inc.** | | | | | | | |
| 03-23625 | 03/24/2021 | 03/24/2021 | 5236-0000 - Plumbing CM | Arkansas Rooter, Inc. | 0.00 | 150.00 | 03/23 Ran 4' floor drain in Mech Room. Cleared, lined |
| **ATT** | | | | | | | |
| 301021776-0421-DRAFT | 03/30/2021 | 04/07/2021 | 5410-0000 - Internet Service US | ATT | 0.00 | 158.20 | 03/18-04/17 DRAFT |
| **Central Arkansas Water dba Utility Billing Services** | | | | | | | |
| 501-0471.303-0321-DRAFT | 03/12/2021 | 03/31/2021 | 5427-0000 - Water and Sewer US | Central Arkansas Water dba Utility Billing Serv | 0.00 | 402.04 | 1/26-02/23 |
| **Colliers Arkansas Inc fbo BCBS** | | | | | | | |
| 9020-0902skw-Skywalk 2.1.21 | 01/26/2021 | 02/01/2021 | 5248-0000 - Skywalk Maintenance | Colliers Arkansas Inc fbo BCBS | 0.00 | 403.00 | Skywalk maintenance Feb 2021 |
| 9020-0902skw-Skywalk-0421 | 03/24/2021 | 04/01/2021 | 5248-0000 - Skywalk Maintenance | Colliers Arkansas Inc fbo BCBS | 0.00 | 393.00 | April skywalk maintenance |
| | 04/01/2021 | 04/01/2021 | 5248-0000 - Skywalk Maintenance | Colliers Arkansas Inc fbo BCBS | | 393.00 | Skywalk |
| | | | | | | 1,189.00 | |
| **Compass Group** | | | | | | | |
| 2653 | 01/31/2020 | 01/31/2020 | Architectural Test Fit | Compass Group | 0.00 | 5,478.30 | Test Fit |
| 2709 | 04/15/2020 | 05/15/2020 | Architectural Test Fit | Compass Group | | 2,700.00 | Test Fit |
| | | | | | | 8,178.30 | |
| **Cozen** | | | | | | | |
| ADMIN1 | 03/16/2021 | 03/18/2021 | Legal Fees | Cozen O'Connor | 0.00 | 2,400,000.00 | Legal Fees Subject to change upon Cozen o'Connor filing Second and Final Fee Application |
| | | | | | | 2,400,000.00 | |
| **D & N Construction** | | | | | | | |
| 2134-1 | 03/24/2021 | 04/23/2021 | 5204-0000 - Building Repairs and Maintenance CM | D & N Construction | 0.00 | 2,889.00 | Labor and Materials for 12th floor remodel completed 2/16-03/15 |
| 2140-1 | 03/24/2021 | 04/23/2021 | 5205-0000 - Building Repairs and Maintenance CM | D & N Construction | 0.00 | 5,238.00 | Labor and Materials for Regions Tower 13th Floor, Suite 1380 - completed 02/16-03/15 |
| | | | | | | 8,127.00 | |
| **Entergy** | | | | | | | |
| 5895584G-0321-DRAFT | 03/12/2021 | 04/05/2021 | 5401-0000 - Electricity US | Entergy | 0.00 | 89,233.47 | 02/05-03/08 |
| **Floors First by Hill's Inc.** | | | | | | | |
| 9024 | 03/19/2021 | 03/19/2021 | 5306-0000 - Carpet and Flooring Supplies MS | Floors First by Hill's Inc | 0.00 | 1,377.22 | 720 sq ft Armstrong Parallel 20, vinyl plank |
| **Laidlaw, Inc.** | | | | | | | |
| 12044 | 03/18/2021 | 03/28/2021 | 5317-0000 - Janitorial Supplies MS | Laidlaw, Inc. | 0.00 | 6,023.50 | cleaning and building supplies |
| 12087 | 03/29/2021 | 04/08/2021 | 5224-0000 - Janitorial CM | Laidlaw, Inc. | 0.00 | 35,014.29 | March Custodial Services |
| | | | | | | 41,037.79 | |
| **LeafScape Botanical Design & Care** | | | | | | | |
| 159103 | 03/31/2021 | 03/31/2021 | 5235-0000 - Plant Services CM | LeafScape Botanical Design & Care | 0.00 | 20.00 | Quarterly inspection/Maintenance of Moss Wall |
| 159060 | 03/31/2021 | 03/31/2021 | 5235-0000 - Plant Services CM | LeafScape Botanical Design & Care | 0.00 | 665.75 | 04/2021 Monthly Professional Horticultural Services Exterior for 2nd & 3rd Floor |
| | | | | | | 685.75 | |
| **MTEH, LLC** | | | | | | | |
| Delta Airlines - J. Martin | 04/02/2020 | 04/02/2020 | 5610-0000 - Travel Expenses AS | MTEH, LLC | 0.00 | 958.00 | Delta Airlines - J. Martin |
| Lease Fee-Ghidotti Communi | 04/19/2020 | 04/19/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 1,457.22 | Lease Fee-Ghidotti Communications 01/01/20-12/31/20 |
| Lease Fee-American Indian C | 04/20/2020 | 04/20/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 2,973.45 | Lease Fee-American Indian Center of AR 04/01/20-03/31/23 |
| Lease Fee-Lighthouse Compl | 04/30/2020 | 04/30/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 13,325.16 | Lease Fee-Lighthouse Compliance Solutions Inc 4/01/20-03/31/25 |
| Lease Fee-Revival Coffee | 05/12/2020 | 05/12/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 1,697.13 | Lease Fee-Revival Coffee LLC 02/01/20-01/31/23 |
| Lease Fee-James Flint Flenoy | 06/12/2020 | 06/12/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 549.12 | Lease Fee-James Flint Flenoy 07/01/20-06/30/21 |
| Lease Fee-Deloitte LLP | 11/02/2020 | 11/02/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 4,560.64 | Lease Fee-Deloitte LLP 10/01/20-09/30/21 |
| Lease Fee-One Cloverleaf, LL | 11/20/2020 | 11/20/2020 | 6410-0000 - Leasing Commissions | MTEH, LLC | 0.00 | 6,901.86 | Lease Fee-One Cloverleaf, LLC - 36 months |
| | | | | | | 32,422.56 | |
| **Office of the U.S. Trustee** | | | | | | | |
| 111-16-12752 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12757 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12744 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12732 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12733 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12730 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |
| 111-16-12743-0121 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees NI | Office of the U.S. Trustee | 0.00 | 650.00 | quarterly fees |

| Invoice/Account # | Date 1 | Date 2 | Account Code | Vendor | Amount | Description |
|---|---|---|---|---|---|---|
| 111-16-12751 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12753 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12754 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12748 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12749 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-52750 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12754 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-17-11255 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12746-0221 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12747-0221 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-17-11256 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12728-0221 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12741 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12742 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12731 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12739 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12736-0221 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12750 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12737 | 01/08/2021 | 01/08/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12738 | 01/08/2021 | 03/21/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-16-12755 | 03/21/2021 | 03/21/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-17-11253 | 03/21/2021 | 03/21/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| 111-17-11251 | 03/21/2021 | 03/21/2021 | 6205-1000 - Non-Building Compliance and Reg Fees Nf | Office of the U.S. Trustee | 0.00 | 650.00 quarterly fees |
| | | | | | 19,500.00 | |
| **Powers of Arkansas, Inc.** | | | | | | |
| 75165 ** | 03/11/2021 | 03/26/2021 | 5222-0000 - HVAC CM | Powers of Arkansas, Inc. | 0.00 | 93.74 Chiller repair 01/14/2021 |
| | | | | | 93.74 | |
| **Quattlebaum, Grooms, Tull & Burrow** | | | | | | |
| 2323-18934M-46 | 06/16/2020 | 06/16/2020 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 2,400.00 telephone conferences |
| 2323-18934M-47 | 07/07/2020 | 07/07/2020 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 2,850.00 Regions Building |
| 2323-18934M-48 | 08/07/2020 | 08/07/2020 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 1,800.00 Drafted email and reviewed and revised documents |
| 2323-04050M-141 | 11/10/2020 | 11/10/2020 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 324.20 Legal Fees/Account No 2323-04050M/Bankruptcy Appraisal for Regions Building |
| 2323-18934M-51 | 11/10/2020 | 11/10/2020 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 720.00 Legal Fees |
| 2323-18934M-53 | 01/11/2021 | 01/11/2021 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 2,190.00 Legal Fees |
| 2323-18934M | 02/10/2021 | 02/10/2021 | 5550-0000 - Legal Fees AS | Quattlebaum, Grooms, Tull & Burrow | 0.00 | 3,337.50 Professional Legal Services |
| | | | | | 13,621.70 | |
| **SOMERA *** | | | | | | |
| | 01/31/2021 | 01/31/2021 | Legal Fees | Somera | | 72,669.27 Costs |
| | | | | | 72,669.27 | |
| **US Legal Support** | | | | | | |
| 120411843 | 12/06/2019 | 12/06/2019 | 5550-0000 - Legal Fees AS | Us Legal Support | 0.00 | 2,479.17 Legal Support to Rubin Case |
| 120304699 | 04/24/2019 | 04/24/2019 | 5550-0000 - Legal Fees AS | Us Legal Support | 0.00 | 1,162.08 Regions Building |
| | | | | | 3,641.25 | |
| 636347 | 03/19/2021 | 04/18/2021 | 5245-0000 - Security Services CM | Whelan Security Co dba GardaWorld Security | 0.00 | 13,019.95 Security Services 03/06-03/19 |
| **Total** | | | | | 0.00 | 6,870,717.04 |

* This is all the payables received to date. There may be additional ones unaware to Property Manager or Owner

* This amount is subject to appeals currently pending in the United States District Court for the District of Delaware.

** This is a pass through expense for Moses Tucker.

*** This amount is subject to appeals currently pending in the United States District Court for the District of Delaware.