IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br>(Converted from Chapter 11)<br><br>Case No. 16-12728 (JTD)<br><br>(Jointly Administered)<br><br>**Related D.I. Nos. 753, 755 and 756** |

### CERTIFICATION OF COUNSEL REGARDING STIPULATION TO STAY BRIEFING AND HEARING ON FINAL CHAPTER 11 FEE APPLICATIONS AND MOTION FOR SUBSTANTIAL CONTRIBUTION

I, Stacy Newman, counsel of record in the above-captioned case for Don Beskrone, Chapter 7 Trustee ("Trustee") of the above-captioned debtors and their respective estates ("Debtors"), hereby certify as follows:

1.  On March 18, 2021, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code (the "Cases") [D.I. 719] (the "Conversion Order").

2.  That same day, the Office of the United States Trustee appointed the Trustee pursuant to section 701(a) of the Bankruptcy Code [D.I. 720].

---

[1] The debtors in these cases are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (KG); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (KG); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (KG); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (KG); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (KG); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (KG); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (KG); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (KG); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (KG); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (KG); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (KG); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (KG); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (KG); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (KG); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (KG); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (KG); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (KG); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (KG); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (KG); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (KG); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (KG); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (KG); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (KG); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (KG); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (KG); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (KG); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (KG); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (KG); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (KG); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (KG); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (KG); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (KG).

3. The Conversion Order required the Debtors' professionals to file final statements and applications for compensation (including, without limitation, fees and expenses that are not the subject of any previous applications) within thirty (30) days from the date of the Conversion Order.

4. The Conversion Order did not set any deadlines for responding to final fee statements or applications or otherwise set a hearing to consider such statements or applications.

5. On April 16, 2021, Whiteford Taylor Preston, LLP ("WTP"), former counsel to the Debtors, filed the *Amended Final Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 9, 2018 through August 21, 2018* [Docket No. 753] ("WTP Final Fee Application").

6. On April 19, 2021, Cozen O'Connor P.C. ("Cozen"), the Debtor's current counsel, filed the *Second Interim and Final Fee Application of Cozen O'Connor for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel To the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through March 18, 2021 and the Final Period of July 8, 2018 through March 18, 2021* [Docket No. 755] ("Cozen Final Fee Application").

7. On April 19, 2021, Force Ten Partners, LLC ("Force Ten"), a professional the Debtors sought to retain in the chapter 11 case, filed the *Application of Force Ten Partners, LLC for Payment of Fees and Expenses Pursuant to Section 503(b)(3) of the Bankruptcy Code* ("Force Ten Motion" and, together with the WTP Fee Application and the Cozen Final Fee Application, collectively, the "Pending Applications").

8. Since the Pending Applications were filed, the Trustee, WTP, Cozen O'Connor, Force Ten and the Debtors' secured creditor, Little Rock-400 West Capitol Trust ("Secured

Creditor" and, together with the Trustee, Cozen, WTP and Force Ten, the "Parties") have conferred to discuss the status of the Pending Applications and agree that any briefing on, including the potential filing of any objections to, the Pending Applications, and the scheduling of any hearing to consider the Pending Applications, is premature at this time and should be stayed until a date to be determined after the Trustee has sold or otherwise disposed of the Debtors' real property, the proceeds of which will be necessary to fund any fees and costs requested in the Pending Applications.

9. The Parties have documented their agreement in that certain *Stipulation to Stay Briefing and Hearing on Final Chapter 11 Fee Applications and Motion for Substantial Contribution* (the "Stipulation"). A true and correct copy of the Stipulation is attached hereto as **Exhibit 1**.

10. If the Stipulation and the relief provided for therein meets with the Court's approval, I respectfully request that the Court enter the proposed order attached hereto as **Exhibit 2** (the "Proposed Order") at its earliest convenience. For the avoidance of doubt, the Proposed Order has been reviewed by each of the Parties and all consent to it being entered.

Respectfully submitted,

Dated: May 17, 2021                                  ASHBY & GEDDES, P.A.

*/s/ Stacy L. Newman*
Ricardo Palacio (I.D. #3765)
Stacy L. Newman (I.D. #5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: rpalacio@ashbygeddes.com
Email: snewman@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*