**KLEIN** LLC
225 W. 14TH STREET
SUITE 100
WILMINGTON, DE 19801
WWW.KLEINLLC.COM

**Julia B. Klein**  (302) 438-0456
Attorney at Law  klein@kleinllc.com

June 8, 2021

***VIA CM/ECF AND BY EMAIL***
The Honorable John T. Dorsey
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 5th Floor
Wilmington, DE 19801

  Re: *In re: NNN 400 Capitol Center 16, LLC, et al.*,
     **Chapter 7 Case No. 16-12728 (JDT)**

Dear Judge Dorsey:

  On behalf of Rubin & Rubin, P.A. ("Rubin"), I write in response to the June 7, 2021, letter filed by Don A. Beskrone (the "Trustee"), which provides an incomplete account of the actions taken by Rubin pursuant to the Court's May 26, 2021, *Order on Lender Defendants' Motion for a Rule to Show Cause why Rubin & Rubin should not be Ordered to Comply Immediately with Two Court Orders It has Violated or, if It Does not so Comply, be Held in Contempt of Court* [Adv. D.I. 785] (the "Order").

  On June 3, 2021, at 3:55 p.m., pursuant to the Court's directive in paragraph 3 of the Order, Rubin provided written confirmation to the Lender Defendants and counsel for the chapter 7 Trustee "that Rubin & Rubin, P.A. has or has not fully complied with this Order." That written confirmation reads as follows:

> Counsel,
>
> Pursuant to paragraph three of the Court's May 26, 2021 Order, on behalf of Rubin & Rubin, P.A., confirmation hereby is given as follows:
>
> I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. was admitted to practice before this Court *nunc pro tunc* to December 6, 2016, as Special Counsel for the Debtors.
>
> There is no fictitious entity known as Rubin & Rubin, P.A., only a fictitious name that belongs to I. Mark Rubin, P.A. Mark Rubin, individually, does not operate

under a trade name and does not individually use the fictitious name Rubin & Rubin, P.A.  He is a member of I. Mark Rubin, P.A. a professional association formed under the laws of the State of Florida, which uses the fictitious name Rubin & Rubin, P.A.

All fees and costs paid by the Debtors for Special Counsel services were paid for and received by I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A.  No fees or costs were received by I. Mark Rubin, Guy Bennet Rubin, or Rubin Law Associates, P.A. directly from the Debtors.

I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. has not complied with this Court's Order of May 26, 2021 and is incapable of doing so.

I. Mark Rubin, Guy Bennet Rubin, or Rubin Law Associates, P.A. assert they are under no legal obligation to provide any funds to the Chapter 7 Trustee for the benefit of the Debtors pursuant to this Court's Order of May 26, 2021.  Notwithstanding the foregoing, Rubin Law Associates, P.A. has paid $10,648.73, an amount equal to the funds it received from I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. pursuant to Court-approved fee orders in the Debtors' cases, to the Chapter 7 Trustee to be delivered via federal express and to be held in trust until the appeals of the Fee shifting Order and Disqualification and Disgorgement Order have been resolved. A copy of the check and FedEx label are attached.

A copy of the original email containing that written confirmation is enclosed herein.  That email attached the letter from Rubin Law Associates, P.A., that was attached to the Trustee's letter, as well as FedEx tracking information.

                    Respectfully submitted,

                    */s/ Julia Klein*

                    Julia B. Klein (DE 5198)

Enclosure

Cc.:    Counsel of record (via CM/ECF)



Julia Klein <klein@kleinllc.com>

---

# NNN 400 Capitol Center
1 message

---

**Julia Klein** <klein@kleinllc.com>  Thu, Jun 3, 2021 at 3:55 PM
To: "Palacio, Rick" <RPalacio@ashbygeddes.com>, "Newman, Stacy" <SNewman@ashbygeddes.com>, Don Beskrone <dbeskronetrustee@gmail.com>, "Ross, Sommer L." <SLRoss@duanemorris.com>, Lawrence Kotler <ljkotler@duanemorris.com>, "Chronis, Paul E." <PEChronis@duanemorris.com>
Cc: Mark Rubin <mrubin@rubinandrubin.com>, Guy Bennett Rubin <grubin@rubinandrubin.com>

Counsel,

Pursuant to paragraph three of the Court's May 26, 2021 Order, on behalf of Rubin & Rubin, P.A., confirmation hereby is given as follows:

I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. was admitted to practice before this Court nunc pro tunc to December 6, 2016, as Special Counsel for the Debtors.

There is no fictitious entity known as Rubin & Rubin, P.A., only a fictitious name that belongs to I. Mark Rubin, P.A.  Mark Rubin, individually, does not operate under a trade name and does not individually use the fictitious name Rubin & Rubin, P.A.  He is a member of I. Mark Rubin, P.A. a professional association formed under the laws of the State of Florida, which uses the fictitious name Rubin & Rubin, P.A.

All fees and costs paid by the Debtors for Special Counsel services were paid for and received by I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A.  No fees or costs were received by I. Mark Rubin, Guy Bennet Rubin, or Rubin Law Associates, P.A. directly from the Debtors.

I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. has not complied with this Court's Order of May 26, 2021 and is incapable of doing so.

I. Mark Rubin, Guy Bennet Rubin, or Rubin Law Associates, P.A. assert they are under no legal obligation to provide any funds to the Chapter 7 Trustee for the benefit of the Debtors pursuant to this Court's Order of May 26, 2021. Notwithstanding the foregoing, Rubin Law Associates, P.A. has paid $10,648.73, an amount equal to the funds it received from I. Mark Rubin, P.A. d/b/a Rubin & Rubin, P.A. pursuant to Court-approved fee orders in the Debtors' cases, to the Chapter 7 Trustee to be delivered via federal express and to be held in trust until the appeals of the Fee shifting Order and Disqualification and Disgorgement Order have been resolved. A copy of the check and FedEx label are attached.

Regards,

Julia Bettina Klein
KLEIN LLC |  Wilmington, DE
klein@kleinllc.com  |  www.kleinllc.com
(302) 438-0456

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone and destroy the original message. Thank you.

---

**2 attachments**



📄 **2021-06-03 FedEx Receipt-Label.pdf**
211K

📄 **2021-06-03 Trustee Ltr fw Fees.pdf**
1568K